## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ALGEBRAIX LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-cv-389 |
| v. | § | |
| | § | |
| | § | |
| MICROSOFT CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**PLAINTIFF ALGEBRAIX LLC'S ORIGINAL
COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Algebraix LLC files this Original Complaint against Defendant Microsoft Corporation for infringement of U.S. Patent No. 7,877,370 ("the '370 Patent"); U.S. Patent No. 8,032,509 ("the '509 Patent"); U.S. Patent No. 8,380,695 ("the '695 Patent"); U.S. Patent No. 7,613,734 ("the '734 Patent"); U.S. Patent No. 7,769,754 ("the '754 Patent"); U.S. Patent No. 7,720,806 ("the '806 Patent"); and U.S. Patent No. 7,865,503 ("the '503 Patent"), collectively, the "Asserted Patents" or "Patents-in-Suit."

### THE PARTIES

1.      Plaintiff Algebraix LLC ("Plaintiff" or "Algebraix") is a Wyoming limited liability company, with its principal place of business at 970 W. Broadway, Suite E, #464, Jackson, WY 83001.

2.      Algebraix was formed to commercialize and/or monetize certain technologies and intellectual property, including the Asserted Patents (as assignee), previously owned by Permission.io Inc.

3. Permission.io Inc. formerly operated as Algebraix Data Corporation. During that time, it developed and marketed certain technologies and intellectual property, including the Asserted Patents (referred to herein as the "Algebraix Technologies"). Thereafter, it suspended its business related to the Algebraix Technologies and rebranded to Permission.io Inc. on February 1, 2017. As part of the rebranding, Permission.io Inc. developed a different, Internet-based business focused on rewarding users for viewing selected advertisements in exchange for compensation in the form of a cryptocurrency.

4. In connection with the formation of Algebraix, Permission.io Inc. conveyed all assets, liabilities, products, business records, technology records, electronic communications, and all other electronic documents and records related to the Algebraix Technologies, including the Asserted Patents, to Algebraix. Permission.io Inc. is, and at all relevant times has been, a separate and distinct legal entity from Algebraix with no ownership interest in the Asserted Patents.

5. On information and belief, Defendant Microsoft Corporation ("Defendant" or "Microsoft") is a corporation organized under the laws of the State of Delaware, having its principal place of business at 1 Microsoft Way, Redmond, Washington 98052. As detailed below, Microsoft also maintains regular and established places of business in the Eastern District of Texas, including at 422 W. Loop 281, Longview, TX 75605; 5514 S. Broadway Ave., Tyler, TX 75703; 823 N. Creek Dr., Sherman, TX 75092; 2800 N. Central Expy., Plano, TX 75074; 1751 N. Central Expy., McKinney, TX 75070; 190 E. Stacy Rd., Allen, TX 75002; 5885 Eastex Fwy., Beaumont, TX 77706; 1800 S. Loop 288, Denton, TX 76205; 6060 Long Prairie Rd., Ste. 500, Flower Mound, TX 75028; 5299 Eldorado Pkwy., Frisco, TX 75033; 333 Preston Rd., Ste. 200, Frisco, TX 75034; and 2601 S. Stemmons Fwy., Lewisville, TX 75067. Microsoft has a registered agent for service,

Corporation Service Company dba CSC – Lawyers Incorporating Service Company, located at 211 E. 7th St., Suite 620, Austin, TX 78701.

## JURISDICTION AND VENUE

6.      This action arises under the patent laws of the United States, 35 U.S.C. § 101 *et seq*. This Court's jurisdiction over this action is proper under the above statutes, including 35 U.S.C. § 271, *et seq*., 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338 (jurisdiction over patent actions).

7.      This Court has specific and general personal jurisdiction over Microsoft consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute because, *inter alia*, (i) Microsoft has engaged in continuous, systematic, and substantial business in Texas; (ii) Microsoft is registered to do business in Texas; (iii) Microsoft maintains regular and established places of business in this District, including at 422 W. Loop 281, Longview, TX 75605; 5514 S. Broadway Ave., Tyler, TX 75703; 823 N. Creek Dr., Sherman, TX 75092; 2800 N. Central Expy., Plano, TX 75074; 1751 N. Central Expy., McKinney, TX 75070; 190 E. Stacy Rd., Allen, TX 75002; 5885 Eastex Fwy., Beaumont, TX 77706; 1800 S. Loop 288, Denton, TX 76205; 6060 Long Prairie Rd., Ste. 500, Flower Mound, TX 75028; 5299 Eldorado Pkwy., Frisco, TX 75033; 333 Preston Rd., Ste. 200, Frisco, TX 75034; and 2601 S. Stemmons Fwy., Lewisville, TX 75067; and (iv) Microsoft has committed, directly or through intermediaries (including subsidiaries, agents, distributors, affiliates, retailers, suppliers, integrators, customers, and others), acts of patent infringement in this State.

8.      In particular, Microsoft operates Microsoft Windows Stores within at least twelve Best Buy retail locations throughout this District, including at 422 W. Loop 281, Longview, TX 75605; 5514 S. Broadway Ave., Tyler, TX 75703; 823 N. Creek Dr., Sherman, TX 75092; 2800

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

N. Central Expy., Plano, TX 75074; 1751 N. Central Expy., McKinney, TX 75070; 190 E. Stacy

Rd., Allen, TX 75002; 5885 Eastex Fwy., Beaumont, TX 77706; 1800 S. Loop 288, Denton, TX

76205; 6060 Long Prairie Rd., Ste. 500, Flower Mound, TX 75028; 5299 Eldorado Pkwy., Frisco,

TX 75033; 333 Preston Rd., Ste. 200, Frisco, TX 75034; and 2601 S. Stemmons Fwy., Lewisville,

TX 75067.[1]



Source: https://stores.bestbuy.com/tx/longview/422-w-loop-281-594.html

According to Microsoft, these Windows Stores are a "comprehensive store-within-a-store," with

dedicated "Microsoft specialists" serving Best Buy customers within this "unique environment."[2]

These locations are operated by Microsoft within Best Buy stores and are regular and established

---

[1] *See, e.g.,* https://stores.bestbuy.com/tx/longview/422-w-loop-281-594.html; https://stores.bestbuy.com/tx/tyler/5514-s-broadway-ave-246.html; https://stores.bestbuy.com/tx/sherman/823-n-creek-dr-1023.html; https://stores.bestbuy.com/tx/plano/2800-n-central-expy-202.html; https://stores.bestbuy.com/tx/mckinney/1751-n-central-expy-196.html; https://stores.bestbuy.com/tx/allen/190-e-stacy-rd-1780.html; https://stores.bestbuy.com/tx/beaumont/5885-eastex-fwy-238.html; https://stores.bestbuy.com/tx/denton/1800-s-loop-288-827.html; https://stores.bestbuy.com/tx/flower-mound/6060-long-prairie-rd-1038.html; https://stores.bestbuy.com/tx/frisco/5299-eldorado-pkwy-1773.html; https://stores.bestbuy.com/tx/frisco/3333-preston-rd-180.html; https://stores.bestbuy.com/tx/lewisville/2601-s-stemmons-fwy-258.html.

[2] https://news.microsoft.com/source/2013/06/13/microsoft-and-best-buy-announce-the-windows-store-only-at-best-buy-2/.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

places of business for Microsoft.[3] Indeed, as the vice president of computing for Best Buy explained, "The Windows Store creates the kind of retail destination we all want to shop in, combining great selection, the latest technology, the best service and the lowest prices."[4] The chief marketing officer and chief financial officer of the Windows Division at Microsoft further explained that "[t]he Windows Store offers a large-scale, hands-on customer experience that will show customers how Windows and Microsoft devices and services can make it easier for them to work and play."[5] Microsoft maintains its distinct business identity at these locations, renting the space from Best Buy and holding out its Windows Stores as discrete retail locations.

9.      Further, Microsoft owns and maintains millions of dollars of real property and/or business personal property in Collin County, located within this District.

| Property ID | Geo ID | Type | Owner Name | Owner ID | Situs Address | Legal Description | Appraised |
|---|---|---|---|---|---|---|---|
| 2716796 | P-9000-215-3426-1 | P | MICROSOFT CORPORATION | 758841 | 2800 CENTRAL EXPY, PLANO TX 75074 | BPP AT 2800 CENTRAL EXPY | $43,169 |
| 2717892 | P-9000-215-3502-1 | P | MICROSOFT CORPORATION | 758841 | 3333 PRESTON RD 00200, FRISCO TX 75034 | BPP AT 3333 PRESTON RD | $10,141 |
| 2734151 | P-9000-216-1140-1 | P | MICROSOFT CORPORATION | 758841 | 1751 N CENTRAL EXPY 0000C, MCKINNEY TX 75070 | BPP AT 1751 N CENTRAL EXPY | $10,592 |
| 2734152 | P-9000-216-1141-1 | P | MICROSOFT CORPORATION | 758841 | 190 E STACY RD 03000, ALLEN TX 75002 | BPP AT 190 E STACY RD | $6,480 |
| 2827989 | P-9000-221-1449-1 | P | MICROSOFT CORPORATION | 758841 | 2800 SUMMIT AVE, PLANO TX 75074 | BPP AT ALIGNED DATA CENTER | $2,419,446 |

Source: https://esearch.collincad.org/search/result?keywords=OwnerName%3AMicrosoft%20Year%3A2026%20&searchSessionToken=nW2bMYLPueE0G%2F5dayE%2BtHnNSh0btGjQ8NUdXGbXHYE%3D%7C2026-04-29T21%3A15%3A23.1455627Z

10.      Microsoft similarly owns and maintains business personal property registered at several Best Buy locations in Denton County, located within this District.

| Owner Name | ARB Hearing | DBA | Property Address | City | Legal Description |
|---|---|---|---|---|---|
| MICROSOFT CORPORATION | No | MICROSOFT CORPORATION | 2601 S STEMMONS FWY | LEWISVILLE | PERSONAL PROPERTY - DISPLAY @ BEST BUY LOCATION: 2601 S STEMMONS FWY, LEWISVILLE |
| MICROSOFT CORPORATION | No | MICROSOFT CORPORATION | 1800 S LOOP 288 | DENTON | PERSONAL PROPERTY - BEST BUY DISPLAYS LOCATION: 1800 S LOOP 288 STE 102, DENTON |
| MICROSOFT CORPORATION | No | MICROSOFT CORPORATION | 5299 ELDORADO PKWY | FRISCO | PERSONAL PROPERTY - DISPLAYS @ BEST BUY LOCATION: 5299 ELDORADO PKWY, FRISCO |
| MICROSOFT CORPORATION | No | MICROSOFT CORPORATION | 6060 LONG PRAIRIE RD | FLOWER MOUND | PERSONAL PROPERTY - DISPLAYS @ BEST BUY LOCATION: 6060 LONG PRAIRIE RD #500, FLOWER |

---

[3]  *See*  https://www.startribune.com/best-buy-bets-big-on-store-within-store-concepts/215301161 (explaining that Microsoft "controls [its] own pricing and merchandise decisions").

[4]  https://news.microsoft.com/source/2013/06/13/microsoft-and-best-buy-announce-the-windows-store-only-at-best-buy-2/.

[5]  https://news.microsoft.com/source/2013/06/13/microsoft-and-best-buy-announce-the-windows-store-only-at-best-buy-2/.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://www.dentoncad.com/property-search

11.     Microsoft also holds approximately $2 million worth of business personal property, including, on information and belief, data centers, at Aligned Data Center, located at 2800 Summit Ave., Plano, TX 75074, located within this District.[6]

12.     Microsoft's website confirms that its Azure Content Delivery Network has a point of presence ("POP") located in Plano, Texas.[7]

13.     Upon information and belief, Microsoft's Azure POP location operates out of the Aligned Data Center located in this District.

14.     Moreover, Microsoft also does business in this State by "recruit[ing] Texas residents, directly or through an intermediary located in this State, for employment inside or outside this State." Tex. Civ. Prac. & Rem. Code § 17.042(3). For instance, according to its LinkedIn page, Microsoft has over 3,600 employees in the Dallas-Fort Worth Metroplex, including 1,435 engineering employees and 1,255 IT employees (as of April 30, 2026):

---

[6] *See* https://esearch.collincad.org/search/result?keywords=OwnerName%3AMicrosoft%20Year%3A2026%20&searchSessionToken=nW2bMYLPueE0G%2F5dayE%2BtHnNSh0btGjQ8NUd XGbXHYE%3D%7C2026-04-29T21%3A15%3A23.1455627Z; *see also* https://aligneddc.com /press-release/aligned-data-centers-opens-ultra-efficient-data-center-in-plano/; https://www.cnbc .com/2025/10/15/nvidia-microsoft-blackrock-aligned-data-centers.html.
[7] https://learn.microsoft.com/en-us/azure/cdn/cdn-pop-locations.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT



Source: https://www.linkedin.com/company/microsoft/people/?facetGeoRegion=90000031

15.     Relative to patent infringement, Microsoft has committed and continues to commit acts in violation of 35 U.S.C. § 271, and has made, used, marketed, distributed, offered for sale, and/or sold infringing instrumentalities in this State, including in this District, and otherwise engaged in infringing conduct within and directed at, or from, this District. Such infringing instrumentalities include, without limitation, (i) SQL Server versions released within the relevant timeframe set forth in 35 U.S.C. § 286; (ii) computers loaded with and/or running SQL Server versions released within the relevant timeframe set forth in 35 U.S.C. § 286; (iii) all products and services that use SQL Server versions released within the relevant timeframe set forth in 35 U.S.C. § 286, including, without limitation Azure SQL Database, Azure SQL Managed Instance, Microsoft Analytics Platform System (PDW), Azure Synapse Analytics, and Azure SQL Edge; (iv) all systems, services, processes, methods, acts, components (hardware and/or software), and/or other instrumentalities with functionality similar to that of the SQL Server versions and/or computers loaded with and/or running SQL Server versions released within the relevant timeframe set forth in 35 U.S.C. § 286, and (v) all other systems, services, processes, methods, acts, components (hardware and/or software), and/or other instrumentalities with functionality similar

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

7

to that identified in the Counts recited below released within the relevant timeframe set forth in 35 U.S.C. § 286 (collectively, the "Accused Instrumentalities").

16.    Microsoft's infringing activities have caused harm to Algebraix in this District. Microsoft and/or its partners offer to sell and sell the Accused Instrumentalities within this District, and on information and belief, Microsoft, its partners, and/or their customers use the Accused Instrumentalities in this District in an infringing manner. Indeed, Microsoft has purposefully and voluntarily placed one or more Accused Instrumentalities into the stream of commerce through Microsoft's established distribution channels with the expectation and intent that such products will be sold to and purchased by consumers in this State, and this District; and with the knowledge and expectation that such products (whether in standalone form or as integrated in downstream products) will be imported into this State, and this District. These are purposeful acts and transactions in this State and this District such that Microsoft reasonably should know and expect that it could be hauled into this Court.

17.    Microsoft has derived substantial revenues from its infringing acts occurring within this State and this District. It has substantial business in this State and this District, including: (i) at least part of its infringing activities alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents vicariously through and/or in concert with its agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers.

18.    This Court has personal jurisdiction over Microsoft, directly or through intermediaries (e.g., subsidiaries, agents, distributors, affiliates, retailers, suppliers, integrators, customers, and others). Microsoft has committed acts of direct and/or indirect patent infringement

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

within this State, this District and elsewhere within the United States giving rise to this action and/or has established minimum contacts with this forum such that the exercise of personal jurisdiction over Microsoft would not offend traditional notions of fair play and substantial justice.

19.    In addition, Microsoft has knowingly induced, and continues to knowingly induce, infringement within this District by advertising, marketing, offering for sale, and/or selling Accused Instrumentalities to others, including agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers. This includes Microsoft providing tutorials, instructions, user manuals, advertising, and/or marketing materials facilitating, directing, and encouraging use of infringing functionality with Microsoft's knowledge thereof.

20.    Microsoft has, thus, in the multitude of ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over it. Indeed, Microsoft has sufficient minimum contacts with this forum through (i) its transaction of substantial business in this State and this District, and (ii) its commission of acts of patent infringement as alleged in this Original Complaint that are purposefully directed towards this State and District.

21.    Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. §§ 1391 and 28 U.S.C. § 1400(b) because, among other things, (i) Microsoft is subject to personal jurisdiction in this District; (ii) Microsoft has committed acts of patent infringement in this District and/or has induced acts of patent infringement by others in this District; and (iii) Microsoft has a regular and established place of business in Texas and in this District, including (a) at least at 422 W. Loop 281, Longview, TX 75605; 5514 S. Broadway Ave., Tyler, TX 75703; 823 N. Creek Dr., Sherman, TX 75092; 2800 N. Central Expy., Plano, TX 75074; 1751 N. Central Expy., McKinney, TX 75070; 190 E. Stacy Rd., Allen, TX 75002; 5885 Eastex Fwy., Beaumont, TX 77706; 1800 S.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Loop 288, Denton, TX 76205; 6060 Long Prairie Rd., Ste. 500, Flower Mound, TX 75028; 5299 Eldorado Pkwy., Frisco, TX 75033; 333 Preston Rd., Ste. 200, Frisco, TX 75034; and 2601 S. Stemmons Fwy., Lewisville, TX 75067; (b) as a result of substantial employees in this District; and (c) as a result of substantial property holdings in this District.

22.     In addition, courts have repeatedly found jurisdiction and venue over Microsoft to be proper in this District, including in numerous patent disputes where in which Microsoft either consented to jurisdiction for or otherwise litigated in this District.[8]

### THE ASSERTED PATENTS AND TECHNOLOGY

23.     Algebraix is the sole and exclusive owner of all right, title, and interest in the Asserted Patents, and holds the exclusive right to take all actions necessary to enforce its rights in, and to, the Asserted Patents, including the filing of this patent infringement lawsuit. Algebraix also has the right to recover all damages for past infringements of the Asserted Patents.

24.     The '370 Patent is entitled, "Systems and Methods for Data Storage and Retrieval Using Algebraic Relations Composed from Query Language Statements." The '370 Patent lawfully issued on January 25, 2011, and stems from U.S. Patent Application No. 11/383,476, which was filed on May 15, 2006. A copy of the '370 Patent is attached hereto as Exhibit A.

---

[8] *See, e.g., Dialect, LLC v. Microsoft Corp.*, No. 2:24-cv-01067-JRG, Dkt. No. 13 at ¶¶ 12-16 (E.D. Tex. May 19, 2025) (admitting for purposes of that case that Microsoft was subject to personal jurisdiction in the Eastern District of Texas); *VPN Tech. Holdings, LLC v. Microsoft Corp.*, No. 2:25-cv-00001-JRG-RSP, Dkt. No. 12 at ¶¶ 5-7 (E.D. Tex. Feb. 24, 2025) (admitting for purposes of that case that Microsoft was subject to personal jurisdiction and specific jurisdiction in Eastern District of Texas); *NovaCloud Licensing, LLC v. Microsoft Corp.*, No. 2:25-cv-1228, Dkt. No. 26 at ¶¶ 18-20 (E.D. Tex. Apr. 23, 2026) (admitting for purposes of that case that Microsoft was subject to personal jurisdiction and that venue was proper in Eastern District of Texas); *ToutVirtual, Inc. v. Microsoft Corp.*, No. 2:25-cv-00943-RWS-RSP, Dkt. No. 9 at ¶¶ 4-6, 18-19 (E.D. Tex. Oct. 31, 2025) (admitting for purposes of that case that Microsoft was subject to personal jurisdiction in Eastern District of Texas and declining to contest that venue was proper in Eastern District of Texas).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

25.    The '509 Patent is entitled, "Systems and Methods for Data Storage and Retrieval Using Algebraic Relations Composed from Query Language Statements." The '509 Patent lawfully issued on October 4, 2011, and stems from U.S. Patent Application No. 13/007,522, which was filed on January 14, 2011. The '509 Patent is a continuation of the '370 Patent. A copy of the '509 Patent is attached hereto as Exhibit B.

26.    The '695 Patent is entitled, "Systems and Methods for Data Storage and Retrieval Using Algebraic Relations Composed from Query Language Statements." The '695 Patent lawfully issued on February 19, 2013, and stems from U.S. Patent Application No. 13/214,014, which was filed on August 19, 2011. The '695 Patent is a continuation of the '509 Patent. A copy of the '695 Patent is attached hereto as Exhibit C.

27.    The '734 Patent is entitled, "Systems and Methods for Providing Data Sets Using a Store of Algebraic Relations." The '734 Patent lawfully issued on November 3, 2009, and stems from U.S. Patent Application No. 11/383,477, which was filed on May 15, 2006. A copy of the '734 Patent is attached hereto as Exhibit D.

28.    The '754 Patent is entitled, "Systems and Methods for Data Storage and Retrieval Using Algebraic Optimization." The '754 Patent lawfully issued on August 3, 2010, and stems from U.S. Patent Application No. 11/383,478, which was filed on May 15, 2006. A copy of the '754 Patent is attached hereto as Exhibit E.

29.    The '806 Patent is entitled, "Systems and Methods for Data Manipulation Using Multiple Storage Formats." The '806 Patent lawfully issued on May 18, 2010, and stems from U.S. Patent Application No. 11/383,479, which was filed on May 15, 2006. A copy of the '806 Patent is attached hereto as Exhibit F.

30.    The '503 Patent is entitled "Systems and Methods for Data Storage and Retrieval Using Virtual Data Sets." The '503 Patent lawfully issued on January 4, 2011, and stems from U.S. Patent Application No. 11/383,482, which was filed on May 15, 2006. A copy of the '503 Patent is attached hereto as Exhibit G.

31.    Algebraix and its predecessors complied with the requirements of 35 U.S.C. § 287, to the extent necessary, such that Algebraix may recover pre-suit damages.

32.    The inventions claimed in the Asserted Patents relate generally to new and novel "systems and methods for storing and accessing data, and more particularly to data storage, database queries and data retrieval." *See, e.g.*, '370 Patent, 1:25-29.[9]

33.    The claims of the Asserted Patents are directed to patent eligible subject matter under 35 U.S.C. § 101. They are not directed to an abstract idea, and the technologies covered by the claims consist of ordered combinations of features and functions that, at the time of the invention, were not, alone or in combination, well-understood, routine, or conventional.

34.    Indeed, the specifications of the Asserted Patents disclose shortcomings in the prior art and then explain, in detail, the technical ways in which the claimed inventions resolve or overcome those shortcomings. For example, the '370 Patent explains that many "database and data storage systems" at the time of the patent had "predetermined schema that impose[d] a structure on data when it [was] received," which may not have "capture[d] information regarding the structure of data as it [was] originally provided." '370 Patent, 1:31-34. Oftentimes, the schema would be "designed around predefined relationships that [were] not optimized for the way that data is actually provided or queried," and such "logical relationships inherent in the schema may

_____

[9] For convenience and readability, Algebraix cites herein to the '370 Patent, which shares a virtually identical specification with all of the Asserted Patents.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

[have] also result[ed] in a database structure that [was] not optimized for the manner in which the data [was] actually stored." *Id*. at 1:34-39. These inherent logical relationships in either the schema or "associated database structures" could also "constrain the kinds of logical relationships that [could] be specified in data queries." *Id*. at 1:40-43. Considering that a "single query may require multiple accesses to storage," the limitations in the art described above "result[ed] in significant inefficiencies, particularly given the increasing disparity between processing speeds and storage access speeds." *Id*. at 1:43-46. The efforts at the time to address these issues were "inherently limited by the predefined relationships and resulting structures imposed on the data," and the "tight coupling between these relationships and the structure of the many databases also [made] it difficult to efficiently capture, translate and process data provided in various different formats, such as flat files, comma separated value (CSV) files, and data defined using Extensible Markup Language (XML)." *Id*. at 1:46-55.

35.     To solve these problems, the Asserted Patents disclose "systems and methods for data storage and processing using extended set processing and algebraic optimization." *Id*. at 4:32-33. Specifically, the patents discuss implementation of "a universal data model based on extended set theory" to "capture scalar, structural and temporal information from data provided in a wide variety of disparate formats," allowing such data to be "captured and efficiently processed without loss of information." *Id*. at 4:34-40. The disclosures state that "[b]y using a rigorous mathematical data model, example embodiments can maintain algebraic integrity of data and their interrelationships, provide temporal invariance and enable adaptive data restructuring." *Id*. at 4:45-48. The specifications discuss how each of these features improve upon computer technologies existing at the time.

36.     For example, the Asserted Patents explain that maintaining "algebraic integrity" improves the speed of the computer system: "Algebraic integrity enables manipulation of algebraic relations to be substituted for manipulation of the information it models. For example, a query may be processed by evaluating algebraic expressions at processor speeds rather than requiring various data sets to be retrieved and inspected from storage at much slower speeds." *Id*. at 4:49-54. The specifications also explain that providing "temporal invariance" by "maintaining a constant value, structure and location of information until it is discarded from the system" (*id*. at 4:55-57) enhances the computer database system by affording an efficient window into data's history, stating:

> Standard database operations such as 'insert,' 'update' and 'delete' functions create new data defined as algebraic expressions which may, in part, contain references to data already identified in the system. Since such operations do not alter the original data, example embodiments provide the ability to examine the information contained in the system as it existed at any time in its recorded history.

*Id*. at 4:57-64. Finally, the patents explain that "adaptive data restructuring" also enhances processing speeds:

> Adaptive data restructuring in combination with algebraic integrity allows the logical and physical structures of information to be altered while maintaining rigorous mathematical mappings between the logical and physical structures. Adaptive data restructuring may be used in example embodiments to accelerate query processing and to minimize data transfers between persistent storage and volatile storage.

*Id*. at 4:65-5:4.

37.     The Asserted Patents also provide a succinct overview of exemplary enhancements to computer technologies enabled by the features discussed above:

> Example embodiments may use these features [discussed above] to provide dramatic efficiencies in accessing, integrating and processing dynamically-changing data, whether provided in XML, relational or other data formats. Among other things, example embodiments may provide:
>
> > An independence from information structures that enables all types of enterprise information to be mathematically modeled and processed with equal facility and without extensive programming.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Elimination of data prestructuring and database extract, transform and load operations, as well as most database index structures and their associated storage.

Faster query processing via adaptive optimizations that eliminate redundant operations and reduce data transfers across the persistent/volatile storage-boundary performance barrier by adaptively restructuring working data sets.

Highly asynchronous and parallel internal operations that are scalable and fully leverage massively-parallel computing and storage systems.

Improved performance and increased fault tolerance resulting from stateless entity recording and consequent minimization of serially-reusable resources.

The ability to query databases as they existed at previous times in their recorded histories.

The mathematical data model allows example embodiments to be used in a wide variety of computer architectures and systems and naturally lends itself to massively-parallel computing and storage systems.

*Id*. at 5:5-33.

38.     Such improvements are accomplished via technical features outlined in the claims of each of the Asserted Patents, such as those emphasized below.[10]

39.     Claim 1 of the '370 Patent:

A computer system implemented method, the computer system comprising at least one processor, memory and a data store, the method comprising:

(A) receiving a first query language statement referencing a plurality of data sets;

(B) providing a data set information store for storing information regarding the data sets specified in the first query language statement,

(C) wherein ***temporal information is associated with each of the data sets in the data set information store to indicate the time at which information regarding the data set is added to the data set information store***;

---

[10] While the Asserted Patents share virtually the same specification and the same priority date, the claims in these patents include elements that are significantly distinct from each other. Certain exemplary claims are recited below, but Algebraix does not contend that these exemplary claims are representative of other claims within the Asserted Patents. Further, Algebraix emphasizes certain claim elements that are distinct and that are described in the specifications as solutions to disclosed problems, but does not contend that those emphasized elements are the only ones that demonstrate the patentability of the claims of the Asserted Patents.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

(D) *composing a first plurality of algebraic relations referencing the data sets specified in the first query language statement, wherein each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

(E) *storing the first plurality of algebraic relations* in a relation store in the memory;

(F) after storing the first plurality of algebraic relations in the relation store, receiving a second query language statement referencing a second plurality of data sets;

(G) *composing a second plurality of algebraic relations* referencing the data sets specified in the second query language statement;

(H) *storing the second plurality of algebraic relations* in the relation store;

(I) *using the at least one processor to provide a data set in response to the second query language statement using at least one algebraic relation from the first plurality of algebraic relations and at least one algebraic relation from the second plurality of algebraic relations*; and

(J) *temporally redefining the data set information store by removing data sets from the data set information store that are associated with temporal information prior to a specified time*; and

(H) *removing algebraic relations from the relation store that reference the data sets removed from the data set information store*.

40.    Claim 1 of the '509 Patent:

A computer system comprising:

(a) at least one processor;

(b) at least one memory, wherein the at least one memory includes *a relation store and a data set information store*; and

(c) computer program instructions stored in the memory and configured to be executed by the processor to provide a requested data set, including:

(i) instructions for receiving a first query language statement referencing a plurality of data sets;

(ii) *instructions for storing information* in the data set information store regarding the data sets referenced in the first query language statement, *including temporal information regarding the data sets referenced in the first query language statement*;

(iii) *instructions for composing a first plurality of algebraic relations referencing the data sets specified in the first query language statement, wherein each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

(iv) *instructions for storing the first plurality of algebraic relations* in the relation store;

(v) instructions for receiving a second query language statement referencing a second plurality of data sets;

(vi) *instructions for composing a second plurality of algebraic relations referencing the data sets specified in the second query language statement*;

(vii) *instructions for storing the second plurality of algebraic relations* in the relation store;

(viii) *instructions for providing the requested data set in response to the second query language statement using at least one algebraic relation from the first plurality of algebraic relations and at least one algebraic relation from the second plurality of algebraic relations*; and

(ix) *instructions for removing at least some of the first plurality of algebraic relations from the relation store based, at least in part, on the temporal information regarding the data sets referenced in the first query language statement*.

41.     Claim 1 of the '695 Patent:

A computer implemented method for providing a requested data set, the computer comprising at least one processor and at least one memory, the method comprising:

(a) providing a relation store in the memory;

(b) receiving a plurality of query language statements;

(c) *accumulating a first plurality of algebraic relations in the relation store over time as the query language statements are received*, including for each respective query language statement:

   (i) *composing, by the computer, at least one algebraic relation from the respective query language statement, wherein the algebraic relation comprises a respective first expression including a symbolic representation of at least a first respective data set specified by the respective query language statement, a respective second expression including a symbolic representation of at least a second respective data set specified by the respective query language statement, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*; and

   (ii) *storing the algebraic relation in the relation store*;

(d) *composing, by the computer, a second plurality of algebraic relations based, at least in part, on a pattern of the query language statements that have been received*;

(e) *storing the second plurality of algebraic relations in the relation store*;

(f) receiving a request for the requested data set;

(g) *composing, by the computer, a plurality of collections of algebraic relations defining a result equal to the requested data set using at least some of the algebraic relations stored in the relation store, including at least one of the algebraic relations from the second plurality of algebraic relations*;

(h) *applying optimization criteria to select one of the collections of algebraic relations*; and

(i) *using the selected collection of algebraic relations to provide the requested data set*.

42.     Claim 1 of the '734 Patent:

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

18

A computer system implemented method of providing a requested data set, the computer system comprising at least one processor, memory, and a data store, the method comprising:

receiving a first plurality of query language statements that request a first plurality of data sets, wherein at least some of the data sets from the first plurality of data sets are stored in the data store and wherein the first plurality of query language statements specify at least one explicit data set;

*associating a data set identifier with each of the explicit data sets specified in the first plurality of query language statements*;

*composing a first plurality of algebraic relations between data sets based on the first plurality of query language statements, wherein each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

*storing the first plurality of algebraic relations in a relation store in the memory*;

receiving a subsequent query language statement requesting the requested data set, wherein the requested data set is different than each of the data sets in the first plurality of data sets;

*using at least some of the first plurality of algebraic relations from the relation store to compose a plurality of collections of algebraic relations defining a result equal to the requested data set*;

*applying optimization criteria to select one of the collections of algebraic relations, wherein the optimization criteria is based, at least in part, on a cost for retrieving data sets from the data store required to calculate each of the collections of algebraic relations*;

*calculating the requested data set using the selected collection of algebraic relations*; and

*providing the requested data set based, at least in part, on the first plurality of algebraic relations composed from the first plurality of query language statements*.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

19

43.     Claim 1 of the '754 Patent:

A computer system implemented method for providing a requested data set, the computer system comprising at least one processor, memory and a data store, the method comprising:

providing a data set information store in the memory;

*storing identifiers for a plurality of data sets in the data set information store*;

providing a relation store in the memory;

*storing a plurality of algebraic relations defining relationships between the plurality of data sets, each of the algebraic relations in the plurality of algebraic relations comprising a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set; and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

*receiving a plurality of statements that each reference at least one respective data set identified in the data set information store*;

*using the statements to define additional data sets*;

*storing identifiers for the additional data sets in the data set information store*;

*using the statements to compose a plurality of additional algebraic relations that each define a relationship between at least one of the additional data sets and at least one other data set identified in the data set information store*;

receiving a request for the requested data set;

*using at least some of the plurality of additional algebraic relations to compose a plurality of collections of algebraic relations that define a result equal to the requested data set, including generating new algebraic relations that were not previously available at the time the requested data set is first requested*;

*determining a cost for each of the plurality of collections of algebraic relations, wherein the cost is based, at least in part, on an estimate of the*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

20

*transfer time required to retrieve the data sets from the data store required to calculate the requested data set from the collection of algebraic relations*;

*selecting the collection of algebraic relations with the lowest cost*; and

*using the selected collection of algebraic relations to provide the requested data set*.

44.    Claim 1 of the '806 Patent:

A computer system implemented method for providing a requested data set, the computer system comprising at least one processor, memory and a data store, the method comprising:

providing a relation store in the memory;

storing a plurality of data sets in the data store, including at least a first data set and a second data set, wherein the date store includes a volatile memory and a non-volatile storage medium and *wherein the first data set and the second data set contain the same logical data stored in different physical formats, the first data set being stored in a first physical format having a first size and the second data set being stored in a second physical format having a second size that is smaller than the first size*;

*composing at least two alternative algebraic relations that each define a result equal to the requested data set, including a first algebraic relation based on at least the first data set stored in the data store and a second algebraic relation based on at least the second data set stored in the data store, wherein the first algebraic relation and the second algebraic relation each comprise a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set; and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

*storing the first algebraic relation and the second algebraic relation in the relation store*;

*determining that the first data set is available in the volatile memory*; and

*selecting the first algebraic relation to calculate the requested data set*.

45.    Claim 1 of the '503 Patent:

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

A computer implemented method for storing data sets, the computer system comprising at least one processor, memory and a data store, the method comprising:

(A) providing a data set information store storing information regarding a plurality of data sets, *including information specifying whether each respective data set is realized in the data store*;

(B) providing a relation store in the memory for storing a plurality of algebraic relations between the data sets;

(C) receiving a plurality of statements wherein each statement requests at least one of the data sets;

(D) *composing a plurality of algebraic relations between data sets from the plurality of statements*;

(E) *storing the plurality of algebraic relations* composed from the plurality of statements in the relation store;

(F) *establishing a criteria for virtualization of data sets in the data set information store*;

(G) *identifying at least one data set that is realized in the data store and meets the criteria for virtualization*;

(H) *determining that the plurality of algebraic relations stored in the relation store includes at least one algebraic relation defining the identified data set based upon at least one other data set that is realized in the data store, wherein the at least one other data set is different than the identified data set and the algebraic relation comprises a respective first expression including a symbolic representation of at least the identified data set, a respective second expression including a symbolic representation of at least the one other data set that is realized in the data store, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression*;

(I) removing the identified data set from the data store;

(J) *changing the information regarding the identified data set in the data set information store to indicate that the identified data set is not realized in the data store*;

(K) *composing a plurality of collections of algebraic relations defining a requested data set, wherein the algebraic relation defining the identified data set is used to compose at least one of the collections of algebraic relations*;

(L) *applying an optimization criteria to select one of the collections of algebraic relations to calculate the requested data set*; and

(M) using the selected collection of algebraic relations to calculate the requested data set.

46. These technical features highlight that the claims themselves outline novel systems and methods for enhanced data storage and processing via "extended set processing and algebraic optimization." *Id.* at 4:32-33. The technical features emphasized above operate cooperatively within their respective claims to enhance the technological process of database storage and query processing/response, and these advances define novel improvements in computer capabilities. Indeed, the Asserted Patents and their claims explicitly improve the speed, efficiency, effectiveness, and functionality of computer systems (e.g., query processing speed), as opposed to performance of some other task for which a computer is used in its ordinary capacity.

47. Thus, at a minimum, the claims of the Asserted Patents are "necessarily rooted in computer technology in order to overcome [] problem[s] specifically arising in the realm of computer networks." *DDR Holdings, LLC v. Hotels.com*, *L.P.*, 773 F.3d 1245, 1247 (Fed. Cir. 2014). And, as the Asserted Patents explain, the claimed inventions are directed to and solve challenges posed to traditional "database and data storage systems" arising from "predefined relationships" in database schema and/or "associated database structures" that led to "significant inefficiencies, particularly given the increasing disparity between processing speeds and storage access speeds." '370 Patent, 1:31-46. The claimed inventions are directed to and solve such problems. These claims are therefore directed to non-abstract, specific improvements in computer

and/or network functionalities. *See TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1293 (Fed. Cir. 2020); *see also Enfish, LLC v. Microsoft Corp.*, 822 F.3d 1327, 1335-36 (Fed. Cir. 2016).

**MICROSOFT'S PRE-SUIT KNOWLEDGE**

48.    Microsoft had knowledge of the Asserted Patents well before the filing of this Original Complaint. In August 2014, Lorenzo Thione, a board member for what was, at the time, Algebraix Data Corporation, contacted Microsoft. The August 2014 correspondence introduced the Algebraix Technologies and attached a PowerPoint presentation identifying patent rights covering the Algebraix Technologies. The PowerPoint presentation explained that use of the Algebraix Technologies was extensible to all facets of software and would enable (i) elimination of data silos, (ii) autonomous data management, and (iii) superior performance.

49.    Over the following months and years, Algebraix corresponded and met with Microsoft regarding the possibility of Algebraix's technology augmenting the capabilities of Microsoft's products. This included Microsoft performing a technical evaluation and testing of Algebraix's platform, as well as Algebraix sharing details of its IP portfolio with Microsoft at multiple times during the discussions with Microsoft.

50.    Microsoft's pre-suit knowledge of the Asserted Patents is further reflected by its conduct before the USPTO. For example, on April 9, 2019, the examiner cited the '806 Patent during prosecution of U.S. Patent App. No. 15/663,575 (entitled "Syntactic Profiling of Alphanumeric Strings" and later issued as U.S. Patent No. 10,394,874), which is assigned to Microsoft; notably, Microsoft filed this application in July 2017, after Algebraix and Microsoft began their discussions.

51.     Further, on January 19, 2012, the examiner cited the '503 Patent during prosecution of U.S. Patent App. No. 12/404,284 (entitled "Techniques for Exact Cardinality Query Optimization" and later issued as U.S. Patent No. 8,185,519), which is assigned to Microsoft.

52.     In addition, Microsoft has constructive knowledge of the Asserted Patents given Algebraix's compliance with 35 U.S.C. § 287.

## COUNT I

### (INFRINGEMENT OF U.S. PATENT NO. 7,877,370)

53.     Plaintiff incorporates the preceding paragraphs herein by reference.

54.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

55.     Algebraix is the owner of all substantial rights, title, and interest in and to the '370 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

56.     The '370 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on January 25, 2011, after full and fair examination.

57.     Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '370 Patent in this District and elsewhere in Texas and the United States by making, offering to sell, selling, testing, and/or using, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

### *Direct Infringement (35 U.S.C. § 271(a))*

58.     Microsoft has directly infringed one or more claims of the '370 Patent in this District and elsewhere in Texas and the United States.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

59.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '370 Patent[11] as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

60.    By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '370 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer system implemented method, the computer system comprising at least one processor, memory, and a data store. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor, memory, and a data store.

## What is SQL Server?

**Applies to:** ✅ SQL Server

Microsoft SQL Server is a relational database management system (RDBMS). Applications and tools connect to a SQL Server *instance* or *database*, and communicate using Transact-SQL (T-SQL).

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

---

[11] Throughout this Original Complaint, wherever Algebraix identifies specific claims of the Asserted Patents infringed by Microsoft, Algebraix expressly reserves the right to identify additional claims and products in its infringement contentions in accordance with applicable local rules and the Court's case management order. Specifically identified claims throughout this Original Complaint are provided for notice pleading only.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

61.     The Accused Instrumentalities receive a first plurality of query language statements referencing a plurality of data sets. For example, the Accused Instrumentalities include a Database Engine that receives and processes queries on various data storage architectures, including local tables, partitioned tables, and tables distributed across multiple servers.



Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

62.    The Accused Instrumentalities provide a data set information store for storing information regarding the data sets specified in the first query language statement. For example, the Accused Instrumentalities process queries on various data storage architectures via the SQL Server Database Engine. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Query processing architecture guide

Applies to: ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

63.    In the method performed by the Accused Instrumentalities, temporal information is associated with each of the data sets in the data set information store to indicate the time at which information regarding the data set is added to the data set information store. For example, the Accused Instrumentalities include "temporal tables" and "history tables" that allow for temporal information to be associated with data sets to indicate, for example, the time at which information regarding the data set is added to the data set information store. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Temporal tables

**Applies to:** ✔ SQL Server 2016 (13.x) and later versions ✔ Azure SQL Database ✔ Azure SQL Managed Instance ✔ SQL database in Microsoft Fabric

Temporal tables (also known as system-versioned temporal tables), are a database feature that brings built-in support for providing information about data stored in the table at any point in time, rather than only the data that is correct at the current moment in time.

Get started with system-versioned temporal tables, and review Temporal table usage scenarios.

## What is a system-versioned temporal table?

A system-versioned temporal table is a type of user table designed to keep a full history of data changes, allowing easy point-in-time analysis. This type of temporal table is referred to as a system-versioned temporal table, because the system manages the period of validity for each row (that is, the Database Engine).

Every temporal table has two explicitly defined columns, each with a **datetime2** data type. These columns are referred to as *period* columns. These period columns are used exclusively by the system to record the period of validity for each row, whenever a row is modified. The main table that stores current data is referred to as the *current table*, or simply as the *temporal table*.

In addition to these period columns, a temporal table also contains a reference to another table with a mirrored schema, called the *history table*. The system uses the history table to automatically store the previous version of the row each time a row in the temporal table gets updated or deleted. During temporal table creation, you can specify an existing history table (which must be schema compliant) or let the system create a default history table.

Source: https://learn.microsoft.com/en-us/sql/relational-d
atabases/tables/temporal-tables?view=sql-server-ver17

64.    The Accused Instrumentalities compose a first plurality of algebraic relations referencing the data sets specified in the first query language statement, wherein each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic

representations of first and second data sets, respectively, as well as relational operators symbolically defining a mathematical relationship between the first and second expressions. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Views

Applies to: ✅ SQL Server ✅ Azure SQL Database ✅ Azure SQL Managed Instance ✅ Azure Synapse Analytics ✅ Analytics Platform System (PDW) ✅ SQL analytics endpoint in Microsoft Fabric ✅ Warehouse in Microsoft Fabric ✅ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- Compiled Plan (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Execution Context
Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

31

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

65.    On information and belief, the Accused Instrumentalities store the first plurality of algebraic relations in a relation store in the memory. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

66.     The Accused Instrumentalities receive, after storing the first plurality of algebraic relations in the relation store, a second query language statement referencing a second plurality of data sets. For example, the Accused Instrumentalities process queries on various data storage architectures via a Database Engine. The Accused Instrumentalities receive subsequent queries (e.g., a second query language statement) that, upon information and belief, reference a second plurality of data sets. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Query processing architecture guide

Applies to: ✅ SQL Server ✅ Azure SQL Database ✅ Azure SQL Managed Instance ✅ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

67.    On information and belief, the Accused Instrumentalities compose a second plurality of algebraic relations referencing the data sets specified in the second query language statement. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that reference the data sets specified in the second query language statement. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  - Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**
Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

68.    The Accused Instrumentalities store the second plurality of algebraic relations in the relation store. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to:  ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

69.     On information and belief, the Accused Instrumentalities use the at least one processor to provide a data set in response to the second query language statement using at least one algebraic relation from the first plurality of algebraic relations and at least one algebraic relation from the second plurality of algebraic relations. For example, the Accused Instrumentalities check the plan cache for relations that can be utilized to respond to a second query language statement. When a query is executed in the Accused Instrumentalities, "the Database Engine first looks through the plan cache to verify that an existing execution plan for the

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

37

same Transact-SQL statement exists," and "SQL Server reuses any existing plan it finds…If no execution plan exists, SQL Server generates a new execution plan for the query." With respect to parameterized queries, the Accused Instrumentalities utilize a cached execution plan related to a first query language statement to respond to a second and different query language statement. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> When any Transact-SQL statement is executed in SQL Server, the Database Engine first looks through the plan cache to verify that an existing execution plan for the same Transact-SQL statement exists. The Transact-SQL statement qualifies as existing if it literally matches a previously executed Transact-SQL statement with a cached plan, character per character. SQL Server reuses any existing plan it finds, saving the overhead of recompiling the Transact-SQL statement. If no execution plan exists, SQL Server generates a new execution plan for the query.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

> The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities check the Bound Trees cache in query processing, such as to, e.g., resolve "views." The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

① Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

# View resolution

The SQL Server query processor treats indexed and nonindexed views differently:

- The rows of an indexed view are stored in the database in the same format as a table. If the Query Optimizer decides to use an indexed view in a query plan, the indexed view is treated the same way as a base table.
- Only the definition of a nonindexed view is stored, not the rows of the view. The Query Optimizer incorporates the logic from the view definition into the execution plan it builds for the Transact-SQL statement that references the nonindexed view.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

39

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

70.    The Accused Instrumentalities temporally redefine the data set information store by removing data sets from the data set information store that are associated with temporal information prior to a specified time. For example, with respect to "temporal tables" and "history tables," the Accused Instrumentalities utilize, e.g., a "temporal history retention policy" that can, on information and belief, remove data sets from the data set information store that are associated with temporal information prior to a specified time. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Use temporal history retention policy approach

**Applies to:** SQL Server 2017 (14.x) and later versions, and Azure SQL Database.

Temporal history retention can be configured at the individual table level, which allows users to create flexible aging policies. Temporal retention requires that you set only one parameter during table creation or schema change.

After you define the retention policy, the Database Engine starts checking regularly if there are historical rows that are eligible for automatic data cleanup. Identification of matching rows and their removal from the history table occur transparently, in a background task that is scheduled and run by the system. The age condition for history table rows is checked based on the column representing the end of the `SYSTEM_TIME` period (in these examples, the `ValidTo` column). If the retention period is set to six months, for example, table rows eligible for cleanup satisfy the following condition:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/tables/manage-retention-of-historical-data-in-system-versioned-temporal-tables?view=sql-server-ver17

71.     The Accused Instrumentalities remove algebraic relations from the relation store that reference the data sets removed from the data set information store. For example, the Accused Instrumentalities remove algebraic relations within the plan cache in response to "[c]hanges made to a table or view reference by the query," such as, upon information and belief, a data set being removed from the data set information store. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

In addition to the suggestions provided by the community members, some other common reasons for frequent plan cache clearing and additional pointers you can investigate:

- When the SQL Server engine is under memory pressure, it may evict less frequently used plans from the cache to free up space. This can be caused by a sudden spike in resource usage in one or more databases within the elastic pool. You can monitor memory pressure using the `sys.dm_os_performance_counters` DMV (Dynamic Management Views).
- When statistics on a table are updated, either automatically or as part of a maintenance plan, it can invalidate query plans that were using the old statistics. This forces the queries to recompile and can lead to a plan being cleared from the cache. You can look for recent statistics updates in the `sys.dm_db_stats_properties` DMV.
- Any DDL (Data Definition Language) operations, such as creating, altering, or rebuilding indexes, or adding/removing columns from a table, will cause query plans that reference those objects to be marked as invalid and cleared from the cache.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

41

Source: https://learn.microsoft.com/en-us/answers/questions/
5541067/regarding-query-plan-caching-on-azure-sql-elastic

## Recompile execution plans

Certain changes in a database can cause an execution plan to be either inefficient or invalid, based on the new state of the database. SQL Server detects the changes that invalidate an execution plan and marks the plan as not valid. A new plan must then be recompiled for the next connection that executes the query. The conditions that invalidate a plan include the following:

- Changes made to a table or view referenced by the query (`ALTER TABLE` and `ALTER VIEW`).
- Changes made to a single procedure, which would drop all plans for that procedure from the cache (`ALTER PROCEDURE`).
- Changes to any indexes used by the execution plan.
- Updates on statistics used by the execution plan, generated either explicitly from a statement, such as `UPDATE STATISTICS`, or generated automatically.
- Dropping an index used by the execution plan.
- An explicit call to `sp_recompile`.
- Large numbers of changes to keys (generated by `INSERT` or `DELETE` statements from other users that modify a table referenced by the query).
- For tables with triggers, if the number of rows in the inserted or deleted tables grows significantly.
- Executing a stored procedure using the `WITH RECOMPILE` option.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

72.     In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '370 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

73.     Microsoft has had knowledge of the '370 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '370 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '370 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '370 Patent since April 2019, when the

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

examiner cited the '806 Patent (which is related to the '370 Patent) during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '370 Patent since the filing of this Original Complaint.

74.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '370 Patent, Microsoft has actively induced the direct infringements of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '370 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025);

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

### *Damages*

75.     Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

76.     Despite having knowledge of the '370 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '370 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '370 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '370 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical

infringement, and in disregard of Algebraix's rights with respect to the '370 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT II

### (INFRINGEMENT OF U.S. PATENT NO. 8,032,509)

77.    Plaintiff incorporates the preceding paragraphs herein by reference.

78.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq.*

79.    Algebraix is the owner of all substantial rights, title, and interest in and to the '509 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

80.    The '509 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on October 4, 2011, after full and fair examination.

81.    Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '509 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

### *Direct Infringement (35 U.S.C. § 271(a))*

82.    Microsoft has directly infringed one or more claims of the '509 Patent in this District and elsewhere in Texas and the United States.

83.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '509 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

84.    By way of illustration only, the Accused Instrumentalities meet each and every element of claim 1 of the '509 Patent. To the extent the preamble is limiting, the Accused Instrumentalities comprise a computer system comprising at least one processor. For example, the Accused Instrumentalities comprise the Microsoft SQL Server, which includes the Database Engine that "is the core service for storing, processing, and securing data."

## What is SQL Server?

Applies to:  ● SQL Server

Microsoft SQL Server is a relational database management system (RDBMS). Applications and tools connect to a SQL Server *instance* or *database,* and communicate using Transact-SQL (T-SQL).

Source: https://learn.microsoft.com/en-us/sql/sql-server/what-is-sql-server?view=sql-server-ver17

### SQL Server components and technologies

This section describes some of the key technologies available in SQL Server.

〔〕 Expand table

| Component | Description |
|---|---|
| Database Engine | The Database Engine is the core service for storing, processing, and securing data. The Database Engine provides controlled access and transaction processing to meet the requirements of the most demanding data consuming applications within your enterprise. The Database Engine also provides rich support for sustaining business continuity through Business continuity and database recovery. |
| Machine Learning Services (MLS) | SQL Server Machine Learning Services supports integration of machine learning, using the popular R and Python languages, into enterprise workflows. <br><br> Machine Learning Services (In-Database) integrates R and Python with SQL Server, making it easy to build, retrain, and score models by calling stored procedures. Machine Learning Server provides enterprise-scale support for R and Python, without requiring SQL Server. |
| Integration Services (SSIS) | SQL Server Integration Services is a platform for building high performance data integration solutions, including packages that provide extract, transform, and load (ETL) processing for data warehousing. |
| Analysis Services (SSAS) | SQL Server Analysis Services is an analytical data platform and toolset for personal, team, and corporate business intelligence. Servers and client designers support traditional OLAP solutions, new tabular modeling solutions, as well as self-service analytics and collaboration using Power Pivot, Excel, and a SharePoint Server environment. Analysis Services also includes Data Mining so that you can uncover the patterns and relationships hidden inside large volumes of data. |
| Reporting Services (SSRS) | SQL Server Reporting Services delivers enterprise, Web-enabled reporting functionality. You can create reports that draw content from various data sources, publish reports in various formats, and centrally manage security and subscriptions. Starting in SQL Server 2025 (17.x), on-premises reporting services is consolidated under Power BI Report Server. For more information, see Reporting Services consolidation FAQ. |
| Replication | SQL Server Replication is a set of technologies for copying and distributing data and database objects from one database to another, and then synchronizing between databases to maintain consistency. By using replication, you can distribute data to different locations and to remote or mobile users with local and wide area networks, dial-up connections, wireless connections, and the Internet. |
| Data Quality Services (DQS) [1] | Data Quality Services provides you with a knowledge-driven data cleansing solution. DQS enables you to build a knowledge base, and then use that knowledge base to perform data correction and deduplication on your data, using both computer-assisted and interactive means. You can use cloud-based reference data services, and you can build a data management solution that integrates DQS with SQL Server Integration Services and Master Data Services. |
| Master Data Services (MDS) [1] | Master Data Services is the SQL Server solution for master data management. A solution built on Master Data Services helps ensure that reporting and analysis are based on the right information. Using Master Data Services, you create a central repository for your master data and maintain an auditable, securable record of that data as it changes over time. |

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

## Query processing architecture guide

Applies to: ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

85.    The Accused Instrumentalities comprise at least one memory, wherein the at least one memory includes a relation store and a data set information store. For example, the Accused Instrumentalities comprise a Database Engine that is configured to "process[] queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers." The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Query processing architecture guide

Applies to: ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities comprise a plan cache that is configured to store query trees, bound trees/algebrizer trees, and execution plans. The particular details are within

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

47

Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

**Applies to:** ✔ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

86.     The Accused Instrumentalities comprise computer program instructions stored in the memory and configured to be executed by the processor to provide a requested data set, including those discussed herein. Specifically, the Accused Instrumentalities comprise instructions for receiving a first query language statement referencing a plurality of data sets. For example, the

Accused Instrumentalities include a Database Engine that "processes queries on various data storage architectures."

# Query processing architecture guide

Applies to: ✔ SQL Server ✔ Azure SQL Database ✔ Azure SQL Managed Instance ✔ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

87.     The Accused Instrumentalities comprise instructions for storing information in the data set information store regarding the data sets referenced in the first query language statement, including temporal information regarding the data sets referenced in the first query language statement. For example, the Accused Instrumentalities comprise a Database Engine that "processes queries on various data storage architectures." Further, the Accused Instrumentalities comprise "temporal tables" and "history tables" that allow for temporal information to be associated with data sets to indicate, for example, the time at which information regarding the data set is added to the data set information store. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Query processing architecture guide

Applies to: ✔ SQL Server ✔ Azure SQL Database ✔ Azure SQL Managed Instance ✔ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

## Temporal tables

Applies to:  ✓ SQL Server 2016 (13.x) and later versions  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance
✓ SQL database in Microsoft Fabric

Temporal tables (also known as system-versioned temporal tables), are a database feature that brings built-in support for providing information about data stored in the table at any point in time, rather than only the data that is correct at the current moment in time.

Get started with system-versioned temporal tables, and review Temporal table usage scenarios.

## What is a system-versioned temporal table?

A system-versioned temporal table is a type of user table designed to keep a full history of data changes, allowing easy point-in-time analysis. This type of temporal table is referred to as a system-versioned temporal table, because the system manages the period of validity for each row (that is, the Database Engine).

Every temporal table has two explicitly defined columns, each with a **datetime2** data type. These columns are referred to as *period* columns. These period columns are used exclusively by the system to record the period of validity for each row, whenever a row is modified. The main table that stores current data is referred to as the *current table*, or simply as the *temporal table*.

In addition to these period columns, a temporal table also contains a reference to another table with a mirrored schema, called the *history table*. The system uses the history table to automatically store the previous version of the row each time a row in the temporal table gets updated or deleted. During temporal table creation, you can specify an existing history table (which must be schema compliant) or let the system create a default history table.

Source: https://learn.microsoft.com/en-us/sql/relational-d
atabases/tables/temporal-tables?view=sql-server-ver17

88.     The Accused Instrumentalities comprise instructions for composing a first plurality of algebraic relations referencing the data sets specified in the first query language statement, where in each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities comprise a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities are configured to generate query trees, bound

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

50

trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Process a SELECT statement**

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic representations of first and second data sets, respectively, as well as relational operators symbolically defining a mathematical relationship between the first and second expressions. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

89.     The Accused Instrumentalities comprise instructions for storing the first plurality of algebraic relations in the relation store. For example, the Accused Instrumentalities comprise a plan cache that is configured to store query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

90.    The Accused Instrumentalities comprise instructions for receiving a second query language statement referencing a second plurality of data sets. For example, the Accused Instrumentalities comprise a Database Engine that is configured to "process[] queries on various data storage architectures."

# Query processing architecture guide

Applies to:  ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

91.    The Accused Instrumentalities comprise instructions for composing a second plurality of algebraic relations referencing the data sets specified in the second query language statement. For example, the Accused Instrumentalities comprise a relational engine to optimize

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

and process queries, and in processing a query, the Accused Instrumentalities are configured to generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the `SELECT` statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations referencing the data sets specified in the second query language statement. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- Compiled Plan (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

**Execution Context**

Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

92.    The Accused Instrumentalities comprise instructions for storing the second plurality of algebraic relations in the relation store. For example, the Accused Instrumentalities comprise a plan cache that is configured to store query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# SQL Server, Plan Cache object

**Applies to:** ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

93.    The Accused Instrumentalities comprise instructions for providing the requested data set in response to the second query language statement using at least one algebraic relation from the first plurality of algebraic relations and at least one algebraic relation from the second plurality of algebraic relations. For example, the Accused Instrumentalities comprise instructions for checking the plan cache for relations that can be utilized to respond to a second query language statement. When a query is executed in the Accused Instrumentalities, "the Database Engine first looks through the plan cache to verify that an existing execution plan for the same Transact-SQL statement exists," and "SQL Server reuses any existing plan it finds…If no execution plan exists, SQL Server generates a new execution plan for the query." With respect to parameterized queries, the Accused Instrumentalities are configured to utilize a cached execution plan related to a first query language statement to respond to a second and different query language statement. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> When any Transact-SQL statement is executed in SQL Server, the Database Engine first looks through the plan cache to verify that an existing execution plan for the same Transact-SQL statement exists. The Transact-SQL statement qualifies as existing if it literally matches a previously executed Transact-SQL statement with a cached plan, character per character. SQL Server reuses any existing plan it finds, saving the overhead of recompiling the Transact-SQL statement. If no execution plan exists, SQL Server generates a new execution plan for the query.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities comprise instructions for checking the Bound Trees cache in query processing, such as to, e.g., resolve "views." The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> ⓘ Note
>
> The plan cache has two additional stores that aren't used for storing plans:
>
> - The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
> - The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

## View resolution

The SQL Server query processor treats indexed and nonindexed views differently:

- The rows of an indexed view are stored in the database in the same format as a table. If the Query Optimizer decides to use an indexed view in a query plan, the indexed view is treated the same way as a base table.
- Only the definition of a nonindexed view is stored, not the rows of the view. The Query Optimizer incorporates the logic from the view definition into the execution plan it builds for the Transact-SQL statement that references the nonindexed view.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17



For example, consider the following view:

```sql
USE AdventureWorks2022;
GO
CREATE VIEW EmployeeName AS
SELECT h.BusinessEntityID, p.LastName, p.FirstName
FROM HumanResources.Employee AS h
JOIN Person.Person AS p
  ON h.BusinessEntityID = p.BusinessEntityID;
GO
```

Based on this view, both of these Transact-SQL statements perform the same operations on the base tables and produce the same results:

```sql
/* SELECT referencing the EmployeeName view. */
SELECT LastName AS EmployeeLastName, SalesOrderID, OrderDate
FROM AdventureWorks2022.Sales.SalesOrderHeader AS soh
JOIN AdventureWorks2022.dbo.EmployeeName AS EmpN
  ON (soh.SalesPersonID = EmpN.BusinessEntityID)
WHERE OrderDate > '20020531';

/* SELECT referencing the Person and Employee tables directly. */
SELECT LastName AS EmployeeLastName, SalesOrderID, OrderDate
FROM AdventureWorks2022.HumanResources.Employee AS e
JOIN AdventureWorks2022.Sales.SalesOrderHeader AS soh
  ON soh.SalesPersonID = e.BusinessEntityID
JOIN AdventureWorks2022.Person.Person AS p
  ON e.BusinessEntityID =p.BusinessEntityID
WHERE OrderDate > '20020531';
```

The SQL Server Management Studio Showplan feature shows that the relational engine builds the same execution plan for both of these SELECT statements.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

94.     The Accused Instrumentalities comprise instructions for removing at least some of the first plurality of algebraic relations form the relation store based, at least in part, on the temporal information regarding the data sets referenced in the first query language statement. For example, the Accused Instrumentalities comprise instructions for removing algebraic relations within the plan cache in response to "[c]hanges made to a table or view reference by the query," such as, upon information and belief, a data set being removed from the data set information store. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

In addition to the suggestions provided by the community members, some other common reasons for frequent plan cache clearing and additional pointers you can investigate:

- When the SQL Server engine is under memory pressure, it may evict less frequently used plans from the cache to free up space. This can be caused by a sudden spike in resource usage in one or more databases within the elastic pool. You can monitor memory pressure using the `sys.dm_os_performance_counters` DMV (Dynamic Management Views).
- When statistics on a table are updated, either automatically or as part of a maintenance plan, it can invalidate query plans that were using the old statistics. This forces the queries to recompile and can lead to a plan being cleared from the cache. You can look for recent statistics updates in the `sys.dm_db_stats_properties` DMV.
- Any DDL (Data Definition Language) operations, such as creating, altering, or rebuilding indexes, or adding/removing columns from a table, will cause query plans that reference those objects to be marked as invalid and cleared from the cache.

Source: https://learn.microsoft.com/en-us/answers/questions/
5541067/regarding-query-plan-caching-on-azure-sql-elastic

## Recompile execution plans

Certain changes in a database can cause an execution plan to be either inefficient or invalid, based on the new state of the database. SQL Server detects the changes that invalidate an execution plan and marks the plan as not valid. A new plan must then be recompiled for the next connection that executes the query. The conditions that invalidate a plan include the following:

- Changes made to a table or view referenced by the query (`ALTER TABLE` and `ALTER VIEW`).
- Changes made to a single procedure, which would drop all plans for that procedure from the cache (`ALTER PROCEDURE`).
- Changes to any indexes used by the execution plan.
- Updates on statistics used by the execution plan, generated either explicitly from a statement, such as `UPDATE STATISTICS`, or generated automatically.
- Dropping an index used by the execution plan.
- An explicit call to `sp_recompile`.
- Large numbers of changes to keys (generated by `INSERT` or `DELETE` statements from other users that modify a table referenced by the query).
- For tables with triggers, if the number of rows in the inserted or deleted tables grows significantly.
- Executing a stored procedure using the `WITH RECOMPILE` option.

Source: https://learn.microsoft.com/en-us/sql/relational-databases
/query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Use temporal history retention policy approach

**Applies to:** SQL Server 2017 (14.x) and later versions, and Azure SQL Database.

Temporal history retention can be configured at the individual table level, which allows users to create flexible aging policies. Temporal retention requires that you set only one parameter during table creation or schema change.

After you define the retention policy, the Database Engine starts checking regularly if there are historical rows that are eligible for automatic data cleanup. Identification of matching rows and their removal from the history table occur transparently, in a background task that is scheduled and run by the system. The age condition for history table rows is checked based on the column representing the end of the SYSTEM_TIME period (in these examples, the ValidTo column). If the retention period is set to six months, for example, table rows eligible for cleanup satisfy the following condition:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/tables/manage-retention-of-historical-data-in-system-versioned-temporal-tables?view=sql-server-ver17

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

95.    In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '509 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

96.    Microsoft has had knowledge of the '509 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '509 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '509 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '509 Patent since April 2019, when the examiner cited the '806 Patent (which is related to the '509 Patent) during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '509 Patent since the filing of this Original Complaint.

97.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '509 Patent, Microsoft has actively induced the direct infringements

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

63

of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '509 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help

and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

*Damages*

98.    Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

99.    Despite having knowledge of the '509 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '509 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '509 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '509 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '509 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT III

### (INFRINGEMENT OF U.S. PATENT NO. 8,380,695)

100.    Plaintiff incorporates the preceding paragraphs herein by reference.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

101.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

102.    Algebraix is the owner of all substantial rights, title, and interest in and to the '695 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

103.    The '695 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on February 19, 2013, after full and fair examination.

104.    Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '695 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

### *Direct Infringement (35 U.S.C. § 271(a))*

105.    Microsoft has directly infringed one or more claims of the '695 Patent in this District and elsewhere in Texas and the United States.

106.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '695 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

107.     By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '695 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer implemented method for providing a requested data set, the computer comprising at least one processor and at least one memory. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor and a memory.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

108.     The Accused Instrumentalities provide a relation store in the memory. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist.

LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to: ✓ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

109.    The Accused Instrumentalities receive a plurality of query language statements. For example, the Accused Instrumentalities receive and process queries on various data storage architectures, including local tables, partitioned tables, and tables distributed across multiple servers, via the SQL Server Database Engine.

## Query processing architecture guide

Applies to: ✔ SQL Server  ✔ Azure SQL Database  ✔ Azure SQL Managed Instance  ✔ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

110.     The Accused Instrumentalities accumulate a first plurality of algebraic relations in the relation store over time as the query language statements are received. For example, the Accused Instrumentalities generate query plans when queries are received and store those query plans in the plan cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g.,* *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to: ✔ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

111.    The Accused Instrumentalities, for each respective query language statement, compose, by the computer, at least one algebraic relation from the respective query language statement, wherein the algebraic relation comprises a respective first expression including a symbolic representation of at least a first respective data set specified by the respective query language statement, a respective second expression including a symbolic representation of at least a second respective data set specified by the respective query language statement, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic representations of first and second data sets, respectively, as well as relational operators symbolically defining a mathematical relationship between the first and second expressions. For

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

71

example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

> SQL Server execution plans have the following main components:
>
> • **Compiled Plan** (or Query Plan)
> The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:
>
>   ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> **Execution Context**
> Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

112.    The Accused Instrumentalities store the algebraic relation in the relation store. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

113.    The Accused Instrumentalities compose, by the computer, a second plurality of algebraic relations based, at least in part, on a pattern of the query language statements that have been received. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

> ⓘ Note
>
> The plan cache has two additional stores that aren't used for storing plans:
>
> - The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
> - The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



## Views

**Applies to:** ✅ SQL Server  ✅ Azure SQL Database  ✅ Azure SQL Managed Instance  ✅ Azure Synapse Analytics  ✅ Analytics Platform System (PDW)  ✅ SQL analytics endpoint in Microsoft Fabric  ✅ Warehouse in Microsoft Fabric  ✅ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**
Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Further, on information and belief, the Accused Instrumentalities recompile execution plans on a statement level such that a second plurality of algebraic relations are composed based on the

pattern of prior query language statements. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Recompile execution plans

Certain changes in a database can cause an execution plan to be either inefficient or invalid, based on the new state of the database. SQL Server detects the changes that invalidate an execution plan and marks the plan as not valid. A new plan must then be recompiled for the next connection that executes the query. The conditions that invalidate a plan include the following:

- Changes made to a table or view referenced by the query (`ALTER TABLE` and `ALTER VIEW`).
- Changes made to a single procedure, which would drop all plans for that procedure from the cache (`ALTER PROCEDURE`).
- Changes to any indexes used by the execution plan.
- Updates on statistics used by the execution plan, generated either explicitly from a statement, such as `UPDATE STATISTICS`, or generated automatically.
- Dropping an index used by the execution plan.
- An explicit call to `sp_recompile`.
- Large numbers of changes to keys (generated by `INSERT` or `DELETE` statements from other users that modify a table referenced by the query).
- For tables with triggers, if the number of rows in the inserted or deleted tables grows significantly.
- Executing a stored procedure using the `WITH RECOMPILE` option.

Most recompilations are required either for statement correctness or to obtain potentially faster query execution plans.

In SQL Server versions prior to 2005, whenever a statement within a batch causes recompilation, the entire batch, whether submitted through a stored procedure, trigger, ad hoc batch, or prepared statement, was recompiled. Starting with SQL Server 2005 (9.x), only the statement inside the batch that triggers recompilation is recompiled. Also, there are additional types of recompilations in SQL Server 2005 (9.x) and later because of its expanded feature set.

Statement-level recompilation benefits performance because, in most cases, a small number of statements causes recompilations and their associated penalties, in terms of CPU time and locks. These penalties are therefore avoided for the other statements in the batch that don't have to be recompiled.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

As another example, and on information and belief, the Accused Instrumentalities compose additional algebraic relations based, at least in part, on a pattern of the query language statements that been received, such as in connection with parameterized queries. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

114.    The Accused Instrumentalities store the second plurality of algebraic relations in the relation store. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

**Applies to:** ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

115.    The Accused Instrumentalities receive a request for the requested data set. For example, the Accused Instrumentalities process received query statements (e.g., SQL query statements and non-SQL query statements) that reference data sets via two query engines. Specifically, the Accused Instrumentalities "process[] queries on various data storage architectures" via a Database Engine.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

79

> The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> *Row mode execution* is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> When a query is executed in batch mode, and accesses data in columnstore indexes, the execution tree operators and child operators read multiple rows together in column segments. SQL Server reads only the columns required for the result, as referenced by a SELECT statement, JOIN predicate, or filter predicate. For more information on columnstore indexes, see Columnstore Index Architecture.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

116.    The Accused Instrumentalities compose, by the computer, a plurality of collections of algebraic relations defining a result equal to the requested data set using at least some of the algebraic relations stored in the relation store, including at least one of the algebraic relations from the second plurality of algebraic relations. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT



## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Views

Applies to: ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ Azure Synapse Analytics ✓ Analytics Platform System (PDW) ✓ SQL analytics endpoint in Microsoft Fabric ✓ Warehouse in Microsoft Fabric ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  - Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**

Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Further, on information and belief, the Accused Instrumentalities recompile execution plans on a statement level such that a second plurality of algebraic relations are composed based on the pattern of prior query language statements. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Recompile execution plans

Certain changes in a database can cause an execution plan to be either inefficient or invalid, based on the new state of the database. SQL Server detects the changes that invalidate an execution plan and marks the plan as not valid. A new plan must then be recompiled for the next connection that executes the query. The conditions that invalidate a plan include the following:

- Changes made to a table or view referenced by the query (`ALTER TABLE` and `ALTER VIEW`).
- Changes made to a single procedure, which would drop all plans for that procedure from the cache (`ALTER PROCEDURE`).
- Changes to any indexes used by the execution plan.
- Updates on statistics used by the execution plan, generated either explicitly from a statement, such as `UPDATE STATISTICS`, or generated automatically.
- Dropping an index used by the execution plan.
- An explicit call to `sp_recompile`.
- Large numbers of changes to keys (generated by `INSERT` or `DELETE` statements from other users that modify a table referenced by the query).
- For tables with triggers, if the number of rows in the inserted or deleted tables grows significantly.
- Executing a stored procedure using the `WITH RECOMPILE` option.

Most recompilations are required either for statement correctness or to obtain potentially faster query execution plans.

In SQL Server versions prior to 2005, whenever a statement within a batch causes recompilation, the entire batch, whether submitted through a stored procedure, trigger, ad hoc batch, or prepared statement, was recompiled. Starting with SQL Server 2005 (9.x), only the statement inside the batch that triggers recompilation is recompiled. Also, there are additional types of recompilations in SQL Server 2005 (9.x) and later because of its expanded feature set.

Statement-level recompilation benefits performance because, in most cases, a small number of statements causes recompilations and their associated penalties, in terms of CPU time and locks. These penalties are therefore avoided for the other statements in the batch that don't have to be recompiled.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

As another example, and on information and belief, the Accused Instrumentalities compose additional algebraic relations based, at least in part, on a pattern of the query language statements that been received, such as in connection with parameterized queries. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



**Parameters and execution plan reuse**

The use of parameters, including parameter markers in ADO, OLE DB, and ODBC applications, can increase the reuse of execution plans.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

The only difference between the following two SELECT statements is the values that are compared in the WHERE clause:

```sql
SELECT *
FROM AdventureWorks2022.Production.Product
WHERE ProductSubcategoryID = 1;
```

```sql
SELECT *
FROM AdventureWorks2022.Production.Product
WHERE ProductSubcategoryID = 4;
```

The only difference between the execution plans for these queries is the value stored for the comparison against the ProductSubcategoryID column. While the goal is for SQL Server to always recognize that the statements generate essentially the same plan and reuse the plans, SQL Server sometimes doesn't detect this in complex Transact-SQL statements.

Separating constants from the Transact-SQL statement by using parameters helps the relational engine recognize duplicate plans. You can use parameters in the following ways:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

117.    The Accused Instrumentalities apply optimization criteria to select one of the collections of algebraic relations. For example, the Accused Instrumentalities "analyze the statement to determine the most efficient way to extract the requested data" via a query optimizer.

**Optimize SELECT statements**

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> The process of selecting one execution plan from potentially many possible plans is referred to as optimization. The Query Optimizer is one of the most important components of the Database Engine. While some overhead is used by the Query Optimizer to analyze the query and select a plan, this overhead is typically saved several-fold when the Query Optimizer picks an efficient execution plan. For example, two construction companies can be given identical blueprints for a house. If one company spends a few days at the beginning to plan how they will build the house, and the other company begins building without planning, the company that takes the time to plan their project will probably finish first.
>
> The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.
>
> The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

118.    The Accused Instrumentalities use the selected collection of algebraic relations to provide the requested data set. For example, the query optimizer selects the most efficient way to provide requested data and then the selected query plan returns the requested data. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Row mode execution

*Row mode execution* is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Optimize SELECT statements**

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

*Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

119.    In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '695 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

120.    Microsoft has had knowledge of the patent application that ultimately issued as the '695 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '695 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '695 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '695 Patent since April 2019, when the examiner cited the '806 Patent (which is related to the '695 Patent) during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '695 Patent since the filing of this Original Complaint.

121.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '695 Patent, Microsoft has actively induced the direct infringements of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '695 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

### *Damages*

122.    Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

123.    Despite having knowledge of the '695 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '695 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '695 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '695 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '695 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT IV

### (INFRINGEMENT OF U.S. PATENT NO. 7,613,734)

124.    Plaintiff incorporates the preceding paragraphs herein by reference.

125.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

126.    Algebraix is the owner of all substantial rights, title, and interest in and to the '734 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

127.    The '734 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on November 3, 2009, after full and fair examination.

128.    Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '734 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

*Direct Infringement (35 U.S.C. § 271(a))*

129.    Microsoft has directly infringed one or more claims of the '734 Patent in this District and elsewhere in Texas and the United States.

130.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '734 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

131.    By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '734 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer system implemented method of providing a requested data set, the computer system comprising at least one processor, memory, and a data store. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor, memory, and a data store.



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

132. The Accused Instrumentalities receive a first plurality of query language statements that request a first plurality of data sets, wherein at least some of the data sets from the first plurality of data sets are stored in the data store and wherein the first plurality of query language statements specify at least one explicit data set. For example, the Accused Instrumentalities receive and

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

91

process queries on various data storage architectures, including local tables, partitioned tables, and tables distributed across multiple servers, via the SQL Server Database Engine.

# Query processing architecture guide

Applies to: ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

133.   The Accused Instrumentalities associate a data set identifier with each of the explicit data sets specified in the first plurality of query language statements. For example, the Accused Instrumentalities utilize indexes (or "an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view") associated with requested data sets. The Accused Instrumentalities use various forms of indexes, such as the rowstore index, which is an "ordered list of values and for each value there are pointers to the data pages where these values are located." The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Index basics

Think about a regular book: at the end of the book, there's an index that helps to quickly locate information within the book. The index is a sorted list of keywords and next to each keyword is a set of page numbers pointing to the pages where each keyword can be found.

A rowstore index is similar: it's an ordered list of values and for each value there are pointers to the data pages where these values are located. The index itself is also stored on pages, referred to as *index pages*. In a regular book, if the index spans multiple pages and you have to find pointers to all the pages that contain the word SQL for example, you would have to leaf through from the start of the index until you locate the index page that contains the keyword SQL. From there, you follow the pointers to all the book pages. This could be optimized further if at the very beginning of the index, you create a single page that contains an alphabetical list of where each letter can be found. For example: "A through D - page 121", "E through G - page 122" and so on. This extra page would eliminate the step of leafing through the index to find the starting place. Such a page doesn't exist in regular books, but it does exist in a rowstore index. This single page is referred to as the root page of the index. The root page is the starting page of the tree structure used by an index. Following the tree analogy, the end pages that contain pointers to the actual data are referred to as "leaf pages" of the tree.

An index is an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view. A rowstore index contains keys built from the values in one or more columns in the table or view. For rowstore indexes, these keys are stored in a tree structure (B+ tree) that enables the Database Engine to find the rows associated with the key values quickly and efficiently.

A rowstore index stores data logically organized as a table with rows and columns, and physically stored in a row-wise data format called *rowstore*[1]. There's an alternative way to store data column-wise, called *columnstore*.

Source: https://learn.microsoft.com/en-us/sql/relational-d
atabases/sql-server-index-design-guide?view=sql-server-ver17

134.    The Accused Instrumentalities compose a first plurality of algebraic relations between data sets based on the first plurality of query language statements, wherein each of the algebraic relations in the first plurality of algebraic relations comprises a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at \*6 n.1

(E.D. Tex. July 2, 2018).

## Relational Engine

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the `SELECT` statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic representations of first and second data sets, respectively, as well as relational operators symbolically defining a mathematical relationship between the first and second expressions. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Views

Applies to: ✅ SQL Server  ✅ Azure SQL Database  ✅ Azure SQL Managed Instance  ✅ Azure Synapse Analytics  ✅ Analytics Platform System (PDW)  ✅ SQL analytics endpoint in Microsoft Fabric  ✅ Warehouse in Microsoft Fabric  ✅ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relationa
l-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  ○ Physical operators that implement the operation described by logical operators.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

95

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**

Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

135.    The Accused Instrumentalities store the first plurality of algebraic relations in a relation store in the memory. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# SQL Server, Plan Cache object

**Applies to:** ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

136.    The Accused Instrumentalities receive a subsequent query language statement requesting the requested data set, wherein the requested data set is different than each of the data sets in the first plurality of data sets. For example, the Accused Instrumentalities process queries on various data storage architectures via a Database Engine. The Accused Instrumentalities receive subsequent queries that, upon information and belief, request a data set that is different than those in the first plurality of data sets and, e.g., can be serviced by cached relations. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Query processing architecture guide

**Applies to:** ✅ SQL Server ✅ Azure SQL Database ✅ Azure SQL Managed Instance ✅ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

137.    The Accused Instrumentalities use at least some of the first plurality of algebraic relations from the relation store to compose a plurality of collections of algebraic relations defining a result equal to the requested data set. For example, the Accused Instrumentalities compose a plurality of execution plans (e.g., collections of algebraic relations) using at least some of the first plurality of algebraic relations. "The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost." Upon information and belief, an execution plan comprises at least one algebraic relation from the first plurality of algebraic relations, and at least one algebraic relation from the second plurality of algebraic relations. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the `SELECT` statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

The process of selecting one execution plan from potentially many possible plans is referred to as optimization. The Query Optimizer is one of the most important components of the Database Engine. While some overhead is used by the Query Optimizer to analyze the query and select a plan, this overhead is typically saved several-fold when the Query Optimizer picks an efficient execution plan. For example, two construction companies can be given identical blueprints for a house. If one company spends a few days at the beginning to plan how they will build the house, and the other company begins building without planning, the company that takes the time to plan their project will probably finish first.

The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.

The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databa
ses/query-processing-architecture-guide?view=sql-server-ver17

138.    The Accused Instrumentalities apply optimization criteria to select one of the collections of algebraic relations, wherein the optimization criteria is based, at least in part, on a cost for retrieving data sets from the data store required to calculate each of the collections of algebraic relations. For example, the Accused Instrumentalities, via a query optimizer, "analyze the possible plans and choose the one with the lowest estimated cost" to respond to the query. The particular details are in Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.
>
> The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databa ses/query-processing-architecture-guide?view=sql-server-ver17

139.    The Accused Instrumentalities provide the requested data set based, at least in part, on the first plurality of algebraic relations composed from the first plurality of query language statements. For example, a plurality of execution plans (e.g., collections of algebraic relations) are composed using at least some of the first plurality of algebraic relations. "The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost." The relational engine then "starts executing the execution plan" and "processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client." The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Row mode execution

*Row mode execution* is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databa ses/query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databa ses/query-processing-architecture-guide?view=sql-server-ver17

## Optimize SELECT statements

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databa ses/query-processing-architecture-guide?view=sql-server-ver17

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

140.    In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '734 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers,

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

141.    Microsoft has had knowledge of the '734 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '734 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '734 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '734 Patent since April 2019, when the examiner cited the '806 Patent (which is related to the '734 Patent) during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '734 Patent since the filing of this Original Complaint.

142.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '734 Patent, Microsoft has actively induced the direct infringements of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '734 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools

for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

### *Damages*

143.    Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

144.    Despite having knowledge of the '734 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '734 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '734 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '734 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '734 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT V

### (INFRINGEMENT OF U.S. PATENT NO. 7,769,754)

145.    Plaintiff incorporates the preceding paragraphs herein by reference.

146.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq.*

147.    Algebraix is the owner of all substantial rights, title, and interest in and to the '754 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

148.    The '754 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on August 3, 2010, after full and fair examination.

149.    Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '754 Patent in this District and elsewhere in Texas and the United States by

making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

***Direct Infringement (35 U.S.C. § 271(a))***

150.    Microsoft has directly infringed one or more claims of the '754 Patent in this District and elsewhere in Texas and the United States.

151.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '754 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

152.    By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '754 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer system implemented method for providing a requested data set, the computer system comprising at least one processor, memory and a data store. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor, memory, and a data store.

## What is SQL Server?

**Applies to:** ✅ SQL Server

Microsoft SQL Server is a relational database management system (RDBMS). Applications and tools connect to a SQL Server *instance* or *database*, and communicate using Transact-SQL (T-SQL).

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

153.    The Accused Instrumentalities provide a data set information store in the memory. For example, the Accused Instrumentalities process queries on various data storage architectures via the SQL Server Database Engine. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Query processing architecture guide

**Applies to:** ✅ SQL Server ✅ Azure SQL Database ✅ Azure SQL Managed Instance ✅ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

154.    The Accused Instrumentalities store identifiers for a plurality of data sets in the data set information store. For example, the Accused Instrumentalities utilize indexes (or "an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view") associated with requested data sets. The Accused Instrumentalities use various forms of indexes, such as the rowstore index, which is an "ordered list of values and for each value there are pointers to the data pages where these values are located." The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

107

## Index basics

Think about a regular book: at the end of the book, there's an index that helps to quickly locate information within the book. The index is a sorted list of keywords and next to each keyword is a set of page numbers pointing to the pages where each keyword can be found.

A rowstore index is similar: it's an ordered list of values and for each value there are pointers to the data pages where these values are located. The index itself is also stored on pages, referred to as *index pages*. In a regular book, if the index spans multiple pages and you have to find pointers to all the pages that contain the word SQL for example, you would have to leaf through from the start of the index until you locate the index page that contains the keyword SQL. From there, you follow the pointers to all the book pages. This could be optimized further if at the very beginning of the index, you create a single page that contains an alphabetical list of where each letter can be found. For example: "A through D - page 121", "E through G - page 122" and so on. This extra page would eliminate the step of leafing through the index to find the starting place. Such a page doesn't exist in regular books, but it does exist in a rowstore index. This single page is referred to as the root page of the index. The root page is the starting page of the tree structure used by an index. Following the tree analogy, the end pages that contain pointers to the actual data are referred to as "leaf pages" of the tree.

An index is an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view. A rowstore index contains keys built from the values in one or more columns in the table or view. For rowstore indexes, these keys are stored in a tree structure (B+ tree) that enables the Database Engine to find the rows associated with the key values quickly and efficiently.

A rowstore index stores data logically organized as a table with rows and columns, and physically stored in a row-wise data format called *rowstore*[1]. There's an alternative way to store data column-wise, called *columnstore*.

Source: https://learn.microsoft.com/en-us/sql/relational-d atabases/sql-server-index-design-guide?view=sql-server-ver17

155.    The Accused Instrumentalities provide a relation store in the memory. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to:  ✓ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| Plan Cache instance | Description |
| --- | --- |
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

156.    The Accused Instrumentalities store a plurality of algebraic relations defining relationships between the plurality of data sets, each of the algebraic relations in the plurality of algebraic relations comprising a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set; and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Relational Engine

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databas es/query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the `SELECT` statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databas es/query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Further, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to: ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
| --- | --- |
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic representations of first and second data sets, respectively, as well as relational operators

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

symbolically defining a mathematical relationship between the first and second expressions. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Views

Applies to: ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ Azure Synapse Analytics ✓ Analytics Platform System (PDW) ✓ SQL analytics endpoint in Microsoft Fabric ✓ Warehouse in Microsoft Fabric ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relationa
l-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  o Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**

Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databas
es/query-processing-architecture-guide?view=sql-server-ver17

157.    The Accused Instrumentalities receive a plurality of statements that each reference at least one respective data set identified in the data set information store. For example, the Accused Instrumentalities receive and process queries on various data storage architectures, including local tables, partitioned tables, and tables distributed across multiple servers, via the SQL Server Database Engine.

# Query processing architecture guide

Applies to: ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

158.    The Accused Instrumentalities use the statements to define additional data sets. For example, the Accused Instrumentalities employ joins, which allows you to "retrieve data from two or more tables based on logical relationships between the tables" and "combine data from two or more tables into a single result set." The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Joins (SQL Server)

Applies to: ✅ SQL Server  ✅ Azure SQL Database  ✅ Azure SQL Managed Instance  ✅ Azure Synapse Analytics  ✅ Analytics Platform System (PDW)  ✅ SQL database in Microsoft Fabric

SQL Server uses joins to retrieve data from multiple tables based on logical relationships between them. Joins are fundamental to relational database operations and enable you to combine data from two or more tables into a single result set.

SQL Server implements both logical join operations (defined by Transact-SQL syntax) and physical join operations (the actual algorithms used to execute the joins). Understanding both aspects helps you write efficient queries and optimize database performance.

Source: https://learn.microsoft.com/en-us/sql/relationa
l-databases/performance/joins?view=sql-server-ver17

## Join fundamentals

By using joins, you can retrieve data from two or more tables based on logical relationships between the tables. Joins indicate how SQL Server should use data from one table to select the rows in another table.

A join condition defines the way two tables are related in a query by:

- Specifying the column from each table to be used for the join. A typical join condition specifies a foreign key from one table and its associated key in the other table.
- Specifying a logical operator (for example, = or <>,) to be used in comparing values from the columns.

Source: https://learn.microsoft.com/en-us/sql/relationa
l-databases/performance/joins?view=sql-server-ver17

In another example, the Accused Instrumentalities utilize "views," which are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at \*6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/rela
tional-databases/views/views?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

159.    The Accused Instrumentalities store identifiers for the additional data sets in the data set information store. For example, the Accused Instrumentalities utilize indexes (or "an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view") associated with requested data sets. The Accused Instrumentalities use various forms of indexes, such as the rowstore index, which is an "ordered list of values and for each value there are pointers to the data pages where these values are located." The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at \*6 n.1 (E.D. Tex. July 2, 2018).

## Index basics

Think about a regular book: at the end of the book, there's an index that helps to quickly locate information within the book. The index is a sorted list of keywords and next to each keyword is a set of page numbers pointing to the pages where each keyword can be found.

A rowstore index is similar: it's an ordered list of values and for each value there are pointers to the data pages where these values are located. The index itself is also stored on pages, referred to as *index pages*. In a regular book, if the index spans multiple pages and you have to find pointers to all the pages that contain the word SQL for example, you would have to leaf through from the start of the index until you locate the index page that contains the keyword SQL. From there, you follow the pointers to all the book pages. This could be optimized further if at the very beginning of the index, you create a single page that contains an alphabetical list of where each letter can be found. For example: "A through D - page 121", "E through G - page 122" and so on. This extra page would eliminate the step of leafing through the index to find the starting place. Such a page doesn't exist in regular books, but it does exist in a rowstore index. This single page is referred to as the root page of the index. The root page is the starting page of the tree structure used by an index. Following the tree analogy, the end pages that contain pointers to the actual data are referred to as "leaf pages" of the tree.

An index is an on-disk or in-memory structure associated with a table or view that speeds retrieval of rows from the table or view. A rowstore index contains keys built from the values in one or more columns in the table or view. For rowstore indexes, these keys are stored in a tree structure (B+ tree) that enables the Database Engine to find the rows associated with the key values quickly and efficiently.

A rowstore index stores data logically organized as a table with rows and columns, and physically stored in a row-wise data format called *rowstore*[1]. There's an alternative way to store data column-wise, called *columnstore*.

Source: https://learn.microsoft.com/en-us/sql/relational-d atabases/sql-server-index-design-guide?view=sql-server-ver17

160.    The Accused Instrumentalities use the statements to compose a plurality of additional algebraic relations that each define a relationship between at least one of the additional data sets and at least one other data set identified in the data set information store. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

In another example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

117

Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati onal-databases/views/views?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

161.    The Accused Instrumentalities receive a request for the requested data set. For example, the Accused Instrumentalities process received query statements (e.g., SQL query statements and non-SQL query statements) that reference data sets via two query engines. Specifically, the Accused Instrumentalities "process[] queries on various data storage architectures" via a Database Engine.

> The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> Row mode execution is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> When a query is executed in batch mode, and accesses data in columnstore indexes, the execution tree operators and child operators read multiple rows together in column segments. SQL Server reads only the columns required for the result, as referenced by a SELECT statement, JOIN predicate, or filter predicate. For more information on columnstore indexes, see Columnstore Index Architecture.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

162.    The Accused Instrumentalities use at least some of the plurality of additional algebraic relations to compose a plurality of collections of algebraic relations that define a result equal to the requested data set, including generating new algebraic relations that were not previously available at the time the requested data set is first requested. For example, the Accused Instrumentalities, via a relational engine, optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. On information and belief, a plurality of "execution plans" (e.g., collections of algebraic relations) are composed using at least some of the plurality of additional algebraic relations (e.g., generated in connection with the first query) and at least some algebraic relations that were not previously available at the time the requested data set was first requested (e.g., generated in connection with the second query). The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Relational Engine

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databas es/query-processing-architecture-guide?view=sql-server-ver17

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the `SELECT` statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databas es/query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Upon information and belief, a collection of execution or query plans comprises at least some of the plurality of additional algebraic relations, and further includes new algebraic relations not available at the time the data set was first requested. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Recompile execution plans**

Certain changes in a database can cause an execution plan to be either inefficient or invalid, based on the new state of the database. SQL Server detects the changes that invalidate an execution plan and marks the plan as not valid. A new plan must then be recompiled for the next connection that executes the query. The conditions that invalidate a plan include the following:

- Changes made to a table or view referenced by the query (`ALTER TABLE` and `ALTER VIEW`).
- Changes made to a single procedure, which would drop all plans for that procedure from the cache (`ALTER PROCEDURE`).
- Changes to any indexes used by the execution plan.
- Updates on statistics used by the execution plan, generated either explicitly from a statement, such as `UPDATE STATISTICS`, or generated automatically.
- Dropping an index used by the execution plan.
- An explicit call to `sp_recompile`.
- Large numbers of changes to keys (generated by `INSERT` or `DELETE` statements from other users that modify a table referenced by the query).
- For tables with triggers, if the number of rows in the inserted or deleted tables grows significantly.
- Executing a stored procedure using the `WITH RECOMPILE` option.

Most recompilations are required either for statement correctness or to obtain potentially faster query execution plans.

In SQL Server versions prior to 2005, whenever a statement within a batch causes recompilation, the entire batch, whether submitted through a stored procedure, trigger, ad hoc batch, or prepared statement, was recompiled. Starting with SQL Server 2005 (9.x), only the statement inside the batch that triggers recompilation is recompiled. Also, there are additional types of recompilations in SQL Server 2005 (9.x) and later because of its expanded feature set.

Statement-level recompilation benefits performance because, in most cases, a small number of statements causes recompilations and their associated penalties, in terms of CPU time and locks. These penalties are therefore avoided for the other statements in the batch that don't have to be recompiled.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

163.    The Accused Instrumentalities determine a cost for each of the plurality of collections of algebraic relations, wherein the cost is based, at least in part, on an estimate of the transfer time required to retrieve the data sets from the data store required to calculate the requested data set from the collection of algebraic relations. The Accused Instrumentalities also select the collection of algebraic relations with the lowest cost. For example, the Accused Instrumentalities, via a query optimizer, "analyze the possible plans and choose the one with the lowest estimated cost" to respond to the query. The particular details are in Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.
>
> The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

164.    The Accused Instrumentalities use the selected collection of algebraic relations to provide the requested data set. For example, the query optimizer selects the most efficient way to provide requested data and then the selected query plan returns the requested data. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

### Row mode execution

*Row mode execution* is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

### Optimize SELECT statements

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

165.    In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '754 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

166.    Microsoft has had knowledge of the '754 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '754 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '754 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '754 Patent since April 2019, when the examiner cited the '806 Patent (which is related to the '754 Patent) during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '754 Patent since the filing of this Original Complaint.

167.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '754 Patent, Microsoft has actively induced the direct infringements of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '754 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

125

maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

*Damages*

168.    Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

169.    Despite having knowledge of the '754 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '754 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '754 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '754 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '754 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT VI

(INFRINGEMENT OF U.S. PATENT NO. 7,720,806)

170.    Plaintiff incorporates the preceding paragraphs herein by reference.

171.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

172.    Algebraix is the owner of all substantial rights, title, and interest in and to the '806 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

173.    The '806 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on May 18, 2010, after full and fair examination.

174.    Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '806 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

***Direct Infringement (35 U.S.C. § 271(a))***

175.    Microsoft has directly infringed one or more claims of the '806 Patent in this District and elsewhere in Texas and the United States.

176.    Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '806 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

177.    By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '806 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer system implemented method for providing a requested data set, the computer system comprising at least one processor, memory and a data store. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor, memory, and a data store.

**What is SQL Server?**

Applies to:  ✓ SQL Server

Microsoft SQL Server is a relational database management system (RDBMS). Applications and tools connect to a SQL Server *instance* or *database*, and communicate using Transact-SQL (T-SQL).

Source: https://learn.microsoft.com/en-us/sql/sql-server/what-is-sql-server?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

178.    The Accused Instrumentalities provide a relation store in the memory. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans in a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

**Applies to:** ✓ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using sp_prepare or sp_cursorprepare. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

179.    The Accused Instrumentalities store a plurality of data sets in the data store, including at least a first data set and a second data set, wherein the data store includes a volatile memory and a non-volatile storage medium and wherein the first data set and the second data set contain the same logical data stored in different physical formats, the first data set being stored in a first physical format having a first size and the second data set being stored in a second physical format having a second size that is smaller than the first size. For example, the Accused Instrumentalities process queries on various data storage architectures via a Database Engine. The

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Query processing architecture guide

Applies to: ✅ SQL Server ✅ Azure SQL Database ✅ Azure SQL Managed Instance ✅ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, the data store includes a volatile memory and a non-volatile storage medium. For example, the Accused Instrumentalities include a Write-Ahead Logging (WAL) protocol which "asserts that the log records representing changes to some data must already be in stable storage before the changed data is allowed to replace the previous version of the data in nonvolatile storage." The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Write-Ahead Logging (WAL) protocol

The term protocol is an excellent way to describe WAL. It's a specific and defined set of implementation steps necessary to make sure that data is stored and exchanged correctly and can be recovered to a known state if there is a failure. Just as a network contains a defined protocol to exchange data in a consistent and protected manner, so too does the WAL describe the protocol to protect data.

The ARIES document defines the WAL as follows:

The WAL protocol asserts that the log records representing changes to some data must already be in stable storage before the changed data is allowed to replace the previous version of the data in nonvolatile storage. That is, the system isn't allowed to write an updated page to the nonvolatile storage version of the page until at least the undo portions of the log records, which describe the updates to the page have been written to stable storage.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/troubleshoot/sql/databa
se-engine/database-file-operations/logging-data-storage-algorithms

In another example, the Accused Instrumentalities reads data from buffer caches and from disk. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://learn.microsoft.com/en-us/sql/relatio
nal-databases/reading-pages?view=sql-server-ver17

In another example, the Accused Instrumentalities support memory-optimized tables. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Introduction to Memory-Optimized Tables

**Applies to:** ✓ SQL Server   ✓ Azure SQL Database   ✓ Azure SQL Managed Instance

Memory-optimized tables are created using CREATE TABLE (Transact-SQL).

Memory-optimized tables are fully durable by default, and, like transactions on (traditional) disk-based tables, transactions on memory-optimized tables are fully atomic, consistent, isolated, and durable (ACID). Memory-optimized tables and natively compiled stored procedures support only a subset of Transact-SQL features.

Starting with SQL Server 2016, and in Azure SQL Database, there are no limitations for collations or code pages that are specific to In-Memory OLTP.

The primary storage for memory-optimized tables is the main memory. Rows in the table are read from and written to memory. A second copy of the table data is maintained on disk, but only for durability purposes. See Creating and Managing Storage for Memory-Optimized Objects for more information about durable tables. Data in memory-optimized tables is only read from disk during database recovery (for example, after a server restart).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/in-memory-oltp/introduction-to-memory-optimized-tables?view=sql-server-ver17

Upon information and belief, the first and second data sets stored within the data store contain the same logical data stored in different physical formats, of first and second sizes where the second size is smaller. For example, disk-based tables "use 8k pages to store data in the same format both on disk and in memory, the memory-optimized tables utilize a different size and format both in-memory and on disk." The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

133

As described in implementing durability for memory optimized tables, the storage requirements and its management for memory optimized tables is very different compared to the disk-based tables. If you are migrating a subset of your disk-based tables to memory-optimized tables or are just developing a new application with memory-optimized tables, you will notice these differences. Unlike disk-based tables in SQL Server that use 8k pages to store data in the same format both on disk and in memory, the memory-optimized tables utilize a different size and format both in-memory and on disk. This has been a point of concern by many customers as they have observed, sometimes, disproportionate storage consumed by memory optimized tables. The goal of this blog is to help alleviate this confusion by describing how storage is managed over the lifetime of data rows.

Source: https://www.microsoft.com/en-us/sql-server/blog/2014/01 /16/storage-allocation-and-management-for-memory-optimized-tables/

## Create and manage storage for memory-optimized objects

**Applies to:** ✓ SQL Server   ✓ Azure SQL Database   ✓ Azure SQL Managed Instance

The In-Memory OLTP engine is integrated into SQL Server, which lets you have both memory-optimized tables and (traditional) disk-based tables in the same database. However, the storage structure for memory-optimized tables is different from disk-based tables.

Storage for disk-based table has following key attributes:

- Mapped to a filegroup and the filegroup contains one or more files.

- Each file is divided into extents of eight pages, and each page is 8 kilobytes (8,192 bytes) in size.

- An extent can be shared across multiple tables, but there's a one-to-one mapping between an allocated page and the table or index. In other words, a page can't have rows from two or more tables or index.

- The data is moved into memory (the buffer pool) as needed and the modified or newly created pages are asynchronously written to the disk generating mostly random IO.

Storage for memory-optimized tables has following key attributes:

- All memory-optimized tables are mapped to a memory-optimized data-filegroup. This filegroup uses syntax and semantics similar to Filestream.

- There are no pages and the data is persisted as a row.

- All changes to memory-optimized tables are stored by appending to active files. Both reading and writing to files is sequential.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/in-m emory-oltp/creating-and-managing-storage-for-memory-optimized-objects

Further, upon information and belief, first and second data sets of the Accused Instrumentalities contain the same logical data stored in different physical formats such as XML and non-XML

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

134

format files. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018

U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> SQL Server supports two types of format files: XML formats and non-XML format files. Both non-XML format files and XML format files contain descriptions of every field in a data file, and XML format files also contain descriptions of the corresponding table columns. Generally, XML and non-XML format files are interchangeable. However, we recommend that you use the XML syntax for new format files because they provide several advantages over non-XML format files. For more information, see XML Format Files (SQL Server).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/import-export/format-files-for-importing-or-exporting-data-sql-server?view=sql-server-ver17

> SQL Server supports the xml data type, and developers can retrieve result sets including this type using standard behavior of the SqlCommand class. An xml column can be retrieved just as any column is retrieved (into a SqlDataReader, for example) but if you want to work with the content of the column as XML, you must use an XmlReader.

Source: https://learn.microsoft.com/en-us/dotnet/framework/data/adonet/sql/sql-xml-column-values

> You can create a non-XML format file automatically by specifying the **format** option in a **bcp** command.
>
> When you specify an existing format file in a **bcp** command, the command uses the values that are recorded in the format file and doesn't prompt you for the file storage type, prefix length, field length, or field terminator.
>
> You can create a format file for a particular data type such as character data or native data.
>
> You can create a non-XML format file that contains interactively specified attributes for each data field. For more information, see Specify compatibility data formats when using bcp (SQL Server).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/import-export/non-xml-format-files-sql-server?view=sql-server-ver17



Source: https://learn.microsoft.com/en-us/sql/relational-databases/import-export/non-xml-format-files-sql-server?view=sql-server-ver17

180.    The Accused Instrumentalities compose at least two alternative algebraic relations that each define a result equal to the requested data set, including a first algebraic relation based on at least the first data set stored in the data store and a second algebraic relation based on at least the second data set stored in the data store, wherein the first algebraic relation and the second algebraic relation each comprise a respective first expression including a symbolic representation of at least a first respective data set, a respective second expression including a symbolic representation of at least a second respective data set; and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

For example, the Accused Instrumentalities analyze multiple plans for a given query in connection with query optimization. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

137

> The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.
>
> The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities cache multiple plans for the same query, such as with respect to parameterized queries. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Cache multiple plans for the same query

Queries and execution plans are uniquely identifiable in the Database Engine, much like a fingerprint:

- The **query plan hash** is a binary hash value calculated on the execution plan for a given query, and used to uniquely identify similar execution plans.
- The **query hash** is a binary hash value calculated on the Transact-SQL text of a query, and is used to uniquely identify queries.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> Notice there are now two entries in the `sys.dm_exec_cached_plans` DMV output:
>
> - The `usecounts` column shows the value `1` in the first record, which is the plan executed once with `SET ANSI_DEFAULTS OFF`.
> - The `usecounts` column shows the value `2` in the second record, which is the plan executed with `SET ANSI_DEFAULTS ON`, because it was executed twice.
> - The different `memory_object_address` refers to a different execution plan entry in the plan cache. However, the `sql_handle` value is the same for both entries because they refer to the same batch.
>   - The execution with `ANSI_DEFAULTS` set to OFF has a new `plan_handle`, and it's available for reuse for calls that have the same set of SET options. The new plan handle is necessary because the execution context was reinitialized due to changed SET options. But that doesn't trigger a recompile: both entries refer to the same plan and query, as evidenced by the same `query_plan_hash` and `query_hash` values.
>
> What this effectively means is that we have two plan entries in the cache corresponding to the same batch, and it underscores the importance of making sure that the plan cache affecting SET options are the same, when the same queries are executed repeatedly, to optimize for plan reuse and keep plan cache size to its required minimum.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise first and second expressions that include symbolic representations of first and second data sets, respectively, as well as relational operators symbolically defining a mathematical relationship between the first and second expressions. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1

(E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relati onal-databases/views/views?view=sql-server-ver17

> SQL Server execution plans have the following main components:
>
> - **Compiled Plan** (or Query Plan)
>   The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:
>
>   ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

> **Execution Context**
> Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

> ⓘ Note
>
> The plan cache has two additional stores that aren't used for storing plans:
>
> - The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
> - The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/ query-processing-architecture-guide?view=sql-server-ver17

181.    The Accused Instrumentalities store the first algebraic relation and the second algebraic relation in the relation store. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to:  ✓ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

182.    The Accused Instrumentalities determine that the first data set is available in the volatile memory. For example, the Accused Instrumentalities perform "[a] logical read [] every time the Database Engine requests a page from the buffer cache, also known as the buffer pool. If the page isn't currently in the buffer cache, a physical read first copies the page from disk into the cache." The particular details are within Microsoft's possession, custody, and control. *See, e.g.,* *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

Source: https://learn.microsoft.com/en-us/sql/relation
al-databases/reading-pages?view=sql-server-ver17

In another example, the Accused Instrumentalities utilize memory-optimized tables to increase performance. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Introduction to Memory-Optimized Tables

**Applies to:**  ✅ SQL Server   ✅ Azure SQL Database   ✅ Azure SQL Managed Instance

Memory-optimized tables are created using CREATE TABLE (Transact-SQL).

Memory-optimized tables are fully durable by default, and, like transactions on (traditional) disk-based tables, transactions on memory-optimized tables are fully atomic, consistent, isolated, and durable (ACID). Memory-optimized tables and natively compiled stored procedures support only a subset of Transact-SQL features.

Starting with SQL Server 2016, and in Azure SQL Database, there are no limitations for collations or code pages that are specific to In-Memory OLTP.

The primary storage for memory-optimized tables is the main memory. Rows in the table are read from and written to memory. A second copy of the table data is maintained on disk, but only for durability purposes. See Creating and Managing Storage for Memory-Optimized Objects for more information about durable tables. Data in memory-optimized tables is only read from disk during database recovery (for example, after a server restart).

Source: https://learn.microsoft.com/en-us/sql/relational-databases/in-memo
ry-oltp/introduction-to-memory-optimized-tables?view=sql-server-ver17

183.    The Accused Instrumentalities select the first algebraic relation to calculate the requested data set. For example, the Accused Instrumentalities, via a query optimizer, "analyze the possible plans and choose the one with the lowest estimated cost" to respond to the query. The particular details are in Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

143

> The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.
>
> The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

### Indirect Infringement (Inducement – 35 U.S.C. § 271(b))

184. In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '806 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

185. Microsoft has had knowledge of the '806 Patent since January 2012, when the examiner cited the '503 Patent (which is related to the '806 Patent) during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '806 Patent since August 2014, when Lorenzo Thione introduced Algebraix and its technology to Microsoft. In the alternative, Microsoft has had knowledge of the '806 Patent since April 2019, when the examiner cited the '806 Patent during prosecution of U.S. Patent. App. No. 15/663,575. At a minimum, Microsoft has had knowledge of the '806 Patent since the filing of this Original Complaint.

186. Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '806 Patent, Microsoft has actively induced the direct infringements

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '806 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

## *Damages*

187.    Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

188.    Despite having knowledge of the '806 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '806 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '806 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '806 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '806 Patent such that Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## COUNT VII

### (INFRINGEMENT OF U.S. PATENT NO. 7,865,503)

189.    Plaintiff incorporates the preceding paragraphs herein by reference.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

190.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

191.     Algebraix is the owner of all substantial rights, title, and interest in and to the '503 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

192.     The '503 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on January 4, 2011, after full and fair examination.

193.     Microsoft has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '503 Patent in this District and elsewhere in Texas and the United States by making, offering to sell, selling, testing, and/or using, and by actively inducing others to make, use, sell, offer to sell, and/or import the Accused Instrumentalities.

***Direct Infringement (35 U.S.C. § 271(a))***

194.     Microsoft has directly infringed one or more claims of the '503 Patent in this District and elsewhere in Texas and the United States.

195.     Microsoft has directly infringed, either by itself or via its agent(s), at least claim 1 of the '503 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Instrumentalities.

196.      By way of illustration only, Microsoft, via the Accused Instrumentalities, performs each and every element of claim 1 of the '503 Patent. To the extent the preamble is limiting, the Accused Instrumentalities perform a computer system implemented method for storing data sets, the computer system comprising at least one processor, memory, and a data store. For example, the Accused Instrumentalities include the Microsoft SQL Server which comprises at least a processor, memory, and a data store.

## What is SQL Server?

**Applies to:** ✓ SQL Server

Microsoft SQL Server is a relational database management system (RDBMS). Applications and tools connect to a SQL Server *instance* or *database*, and communicate using Transact-SQL (T-SQL).

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

## SQL Server components and technologies

This section describes some of the key technologies available in SQL Server.

⌄⌃ Expand table

| Component | Description |
|---|---|
| Database Engine | The Database Engine is the core service for storing, processing, and securing data. The Database Engine provides controlled access and transaction processing to meet the requirements of the most demanding data consuming applications within your enterprise. The Database Engine also provides rich support for sustaining business continuity through Business continuity and database recovery. |
| Machine Learning Services (MLS) | SQL Server Machine Learning Services supports integration of machine learning, using the popular R and Python languages, into enterprise workflows.<br><br>Machine Learning Services (In-Database) integrates R and Python with SQL Server, making it easy to build, retrain, and score models by calling stored procedures. Machine Learning Server provides enterprise-scale support for R and Python, without requiring SQL Server. |
| Integration Services (SSIS) | SQL Server Integration Services is a platform for building high performance data integration solutions, including packages that provide extract, transform, and load (ETL) processing for data warehousing. |
| Analysis Services (SSAS) | SQL Server Analysis Services is an analytical data platform and toolset for personal, team, and corporate business intelligence. Servers and client designers support traditional OLAP solutions, new tabular modeling solutions, as well as self-service analytics and collaboration using Power Pivot, Excel, and a SharePoint Server environment. Analysis Services also includes Data Mining so that you can uncover the patterns and relationships hidden inside large volumes of data. |
| Reporting Services (SSRS) | SQL Server Reporting Services delivers enterprise, Web-enabled reporting functionality. You can create reports that draw content from various data sources, publish reports in various formats, and centrally manage security and subscriptions. Starting in SQL Server 2025 (17.x), on-premises reporting services is consolidated under Power BI Report Server. For more information, see Reporting Services consolidation FAQ. |
| Replication | SQL Server Replication is a set of technologies for copying and distributing data and database objects from one database to another, and then synchronizing between databases to maintain consistency. By using replication, you can distribute data to different locations and to remote or mobile users with local and wide area networks, dial-up connections, wireless connections, and the Internet. |
| Data Quality Services (DQS) [1] | Data Quality Services provides you with a knowledge-driven data cleansing solution. DQS enables you to build a knowledge base, and then use that knowledge base to perform data correction and deduplication on your data, using both computer-assisted and interactive means. You can use cloud-based reference data services, and you can build a data management solution that integrates DQS with SQL Server Integration Services and Master Data Services. |
| Master Data Services (MDS) [1] | Master Data Services is the SQL Server solution for master data management. A solution built on Master Data Services helps ensure that reporting and analysis are based on the right information. Using Master Data Services, you create a central repository for your master data and maintain an auditable, securable record of that data as it changes over time. |

Source: https://learn.microsoft.com/en-us/sql/sql-se
rver/what-is-sql-server?view=sql-server-ver17

197.    The Accused Instrumentalities provide a data set information store storing information regarding a plurality of data sets, including information specifying whether each respective data set is realized in the data store. For example, the Accused Instrumentalities process queries on various data storage architectures via the SQL Server Database Engine. The particular

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

148

details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Query processing architecture guide

**Applies to:** ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities read data from buffer caches and disks. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Read data pages in the Database Engine

**Applies to:** ✓ SQL Server  ✓ Azure SQL Managed Instance

The I/O from an instance of the SQL Server Database Engine includes logical and physical reads. A logical read occurs every time the Database Engine requests a page from the buffer cache, also known as the *buffer pool*. If the page isn't currently in the buffer cache, a physical read first copies the page from disk into the cache.

The read requests generated by an instance of the Database Engine are controlled by the relational engine, and optimized by the storage engine. The relational engine determines the most effective access method (such as a table scan, an index scan, or a keyed read). The access methods and buffer manager components of the storage engine determine the general pattern of reads to perform, and optimize the reads required to implement the access method. The thread executing the batch schedules the reads.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/reading-pages?view=sql-server-ver17

In another example, the Accused Instrumentalities support data virtualization via, e.g., PolyBase. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v.*

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

*Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Data virtualization with PolyBase in SQL Server

**Applies to:** ✅ SQL Server   ✅ Azure Synapse Analytics   ✅ Analytics Platform System (PDW)

PolyBase enables data virtualization for SQL Server.

## What is PolyBase?

PolyBase enables your SQL Server instance to query data with Transact-SQL (T-SQL) directly from SQL Server, Oracle, Teradata, MongoDB, Hadoop clusters, Cosmos DB, and S3-compatible object storage without separately installing client connection software. You can also use the generic ODBC connector to connect to additional providers using third-party ODBC drivers. PolyBase allows T-SQL queries to join the data from external sources to relational tables in an instance of SQL Server.

PolyBase also supports querying semi-structured and structured file-based data formats such as CSV, Parquet, JSON, and Delta Lake files. This enables seamless integration of file-based data into your T-SQL workflows.

A key use case for data virtualization with the PolyBase feature is to allow the data to stay in its original location and format. You can virtualize the external data through the SQL Server instance, so that it can be queried in place like any other table in SQL Server. This process minimizes the need for ETL processes for data movement. This data virtualization scenario is possible with the use of PolyBase connectors.

Source: https://learn.microsoft.com/en-us/sql/relationa l-databases/polybase/polybase-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities utilize "views," which are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

150

## Views

**Applies to:** ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ Azure Synapse Analytics ✓ Analytics Platform System (PDW) ✓ SQL analytics endpoint in Microsoft Fabric ✓ Warehouse in Microsoft Fabric ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

## Indexed views

An indexed view is a materialized view. This means the view definition has been computed and the resulting data stored just like a table. You index a view by creating a unique clustered index on it. Indexed views can dramatically improve the performance of some types of queries. Indexed views work best for queries that aggregate many rows. They are not well-suited for underlying data sets that are frequently updated.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

- **Compiled Plan** (or Query Plan)
  The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

  ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

### Execution Context
Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

> ⓘ **Note**
>
> The plan cache has two additional stores that aren't used for storing plans:
>
> - The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
> - The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like `sp_executeSql` or `xp_cmdshell`, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

198. The Accused Instrumentalities provide a relation store in the memory for storing a plurality of algebraic relations between the data sets. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

**Applies to:** ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per
formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/performance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

199.    The Accused Instrumentalities receive a plurality of statements wherein each statement requests at least one of the data sets. For example, the Accused Instrumentalities receive and process queries on various data storage architectures, including local tables, partitioned tables, and tables distributed across multiple servers, via the SQL Server Database Engine.

# Query processing architecture guide

Applies to:  ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ SQL database in Microsoft Fabric

The SQL Server Database Engine processes queries on various data storage architectures such as local tables, partitioned tables, and tables distributed across multiple servers. The following sections cover how SQL Server processes queries and optimizes query reuse through execution plan caching.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/query-processing-architecture-guide?view=sql-server-ver17

200.    The Accused Instrumentalities compose a plurality of algebraic relations between data sets from the plurality of statements. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Instrumentalities generate query trees, bound trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Process a SELECT statement**

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

201.    On information and belief, the Accused Instrumentalities store the plurality of algebraic relations composed from the plurality of statements in the relation store. For example, the Accused Instrumentalities store query trees, bound trees/algebrizer trees, and execution plans via a plan cache. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## SQL Server, Plan Cache object

Applies to: ✅ SQL Server

The **Plan Cache** object provides counters to monitor how SQL Server uses memory to store objects such as stored procedures, ad hoc and prepared Transact-SQL statements, and triggers. Multiple instances of the **Plan Cache** object can be monitored at the same time, with each instance representing a different type of plan to monitor.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

| Plan Cache instance | Description |
|---|---|
| _Total | Information for all types of cache instances. |
| SQL Plans | Query plans produced from an ad hoc Transact-SQL query, including auto-parameterized queries, or from Transact-SQL statements prepared using `sp_prepare` or `sp_cursorprepare`. SQL Server caches the plans for ad hoc Transact-SQL statements for later reuse if the identical Transact-SQL statement is later executed. User-parameterized queries (even if not explicitly prepared) are also monitored as Prepared SQL Plans. |
| Object Plans | Query plans generated by creating a stored procedure, function, or trigger. |
| Bound Trees | Normalized trees for views, rules, computed columns, and check constraints. |
| Extended Stored Procedures | Catalog information for extended stores procedures. |
| Temporary Tables & Table Variables | Cache information related to temporary tables and table variables. |

Source: https://learn.microsoft.com/en-us/sql/relational-databases/per formance-monitor/sql-server-plan-cache-object?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

202.    The Accused Instrumentalities establish a criteria for virtualization of data sets in the data set information store. For example, the Accused Instrumentalities utilize "views," which are "virtual table[s] whose contents are defined by a query." On information and belief, the Accused Instrumentalities limit what data sets can be virtualized. For example, views can only be created in the current database and are limited to a maximum of 1,024 columns. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Views

**Applies to:** ✅ SQL Server  ✅ Azure SQL Database  ✅ Azure SQL Managed Instance  ✅ Azure Synapse Analytics  ✅ Analytics Platform System (PDW)  ✅ SQL analytics endpoint in Microsoft Fabric  ✅ Warehouse in Microsoft Fabric  ✅ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

A view acts as a filter on the underlying tables referenced in the view. The query that defines the view can be from one or more tables or from other views in the current or other databases. Distributed queries can also be used to define views that use data from multiple heterogeneous sources. This is useful, for example, if you want to combine similarly structured data from different servers, each of which stores data for a different region of your organization.

Views are generally used to focus, simplify, and customize the perception each user has of the database. Views can be used as security mechanisms by letting users access data through the view, without granting users permissions to directly access the underlying tables of the query. Views can be used to provide a backward compatible interface to emulate a table that used to exist but whose schema has changed. Views can also be used when you copy data to and from SQL Server to improve performance and to partition data.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Limitations

A view can be created only in the current database.

A view can have a maximum of 1,024 columns.

## Permissions

Requires CREATE VIEW permission in the database and ALTER permission on the schema in which the view is being created.

Source: https://learn.microsoft.com/en-us/sql/relatio
nal-databases/views/create-views?view=sql-server-ver17

In another example, the Accused Instrumentalities utilize "indexed views," which are computed views that are "stored just like a table." On information and belief, the Accused Instrumentalities establish criteria for virtualizing data sets in connection with dropping indexes (including indexed views), such as when there is a duplicate present or when the indexed view has not been recently used. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Indexed views

An indexed view is a materialized view. This means the view definition has been computed and the resulting data stored just like a table. You index a view by creating a unique clustered index on it. Indexed views can dramatically improve the performance of some types of queries. Indexed views work best for queries that aggregate many rows. They are not well-suited for underlying data sets that are frequently updated.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

| DROP INDEX | Drops unused (over the last 90 days) and duplicate indexes. Unique indexes, including indexes supporting primary key and unique constraints, are never dropped. This option can be automatically disabled when queries with index hints are present in the workload, or when the workload performs partition switching. On Premium and Business Critical service tiers, this option will never drop unused indexes, but will drop duplicate indexes, if any. |
|---|---|

Source: https://learn.microsoft.com/en-us/azure/azure-sql/database/automatic-tuning-overview?view=azuresql

In another example, the Accused Instrumentalities virtualize tables using PolyBase based, on information and belief, on certain criteria. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Get started with PolyBase in SQL Server 2022

**Applies to:**  ✅ SQL Server 2016 (13.x) and later versions on Windows  ✅ SQL Server 2017 (14.x) and later versions on Linux

This article guides you through a tutorial of working with multiple folders and files with PolyBase in SQL Server 2022 (16.x). This set of tutorial queries demonstrates various features of PolyBase.

Data virtualization with PolyBase in SQL Server allows you to take advantage of metadata file functions to query multiple folders, files or perform folder elimination. The combination of schema discovery with folder and file elimination is a powerful capability that allows SQL to fetch just the required data from any Azure Storage Account or S3-compatible object storage solution.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/poly base/polybase-get-started?view=sql-server-ver17&preserve-view=true

203.    The Accused Instrumentalities identify at least one data set that is realized in the data store and meets the criteria for virtualization. For example, the Accused Instrumentalities utilize "views," which are "virtual table[s] whose contents are defined by a query." On information

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

and belief, the Accused Instrumentalities identify data sets that are "realized" in tables and meet the criteria for a view. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Views

**Applies to:** ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ Azure Synapse Analytics ✓ Analytics Platform System (PDW) ✓ SQL analytics endpoint in Microsoft Fabric ✓ Warehouse in Microsoft Fabric ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

A view acts as a filter on the underlying tables referenced in the view. The query that defines the view can be from one or more tables or from other views in the current or other databases. Distributed queries can also be used to define views that use data from multiple heterogeneous sources. This is useful, for example, if you want to combine similarly structured data from different servers, each of which stores data for a different region of your organization.

Views are generally used to focus, simplify, and customize the perception each user has of the database. Views can be used as security mechanisms by letting users access data through the view, without granting users permissions to directly access the underlying tables of the query. Views can be used to provide a backward compatible interface to emulate a table that used to exist but whose schema has changed. Views can also be used when you copy data to and from SQL Server to improve performance and to partition data.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

In another example, the Accused Instrumentalities utilize "indexed views," which are computed views that are "stored just like a table." On information and belief, the Accused Instrumentalities identify indexed views that can be virtualized, such as when there is a duplicate present or when the indexed view has not been recently used. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Indexed views

An indexed view is a materialized view. This means the view definition has been computed and the resulting data stored just like a table. You index a view by creating a unique clustered index on it. Indexed views can dramatically improve the performance of some types of queries. Indexed views work best for queries that aggregate many rows. They are not well-suited for underlying data sets that are frequently updated.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

| DROP INDEX | Drops unused (over the last 90 days) and duplicate indexes. Unique indexes, including indexes supporting primary key and unique constraints, are never dropped. This option can be automatically disabled when queries with index hints are present in the workload, or when the workload performs partition switching. On Premium and Business Critical service tiers, this option will never drop unused indexes, but will drop duplicate indexes, if any. |
|---|---|

Source: https://learn.microsoft.com/en-us/azure/azure-
sql/database/automatic-tuning-overview?view=azuresql

In another example, the Accused Instrumentalities support data virtualization via, e.g., PolyBase, which, on information and belief, includes identify data sets that are "realized" in tables and meet the criteria for virtualization. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

# Data virtualization with PolyBase in SQL Server

**Applies to:** ✅ SQL Server  ✅ Azure Synapse Analytics  ✅ Analytics Platform System (PDW)

PolyBase enables data virtualization for SQL Server.

## What is PolyBase?

PolyBase enables your SQL Server instance to query data with Transact-SQL (T-SQL) directly from SQL Server, Oracle, Teradata, MongoDB, Hadoop clusters, Cosmos DB, and S3-compatible object storage without separately installing client connection software. You can also use the generic ODBC connector to connect to additional providers using third-party ODBC drivers. PolyBase allows T-SQL queries to join the data from external sources to relational tables in an instance of SQL Server.

PolyBase also supports querying semi-structured and structured file-based data formats such as CSV, Parquet, JSON, and Delta Lake files. This enables seamless integration of file-based data into your T-SQL workflows.

A key use case for data virtualization with the PolyBase feature is to allow the data to stay in its original location and format. You can virtualize the external data through the SQL Server instance, so that it can be queried in place like any other table in SQL Server. This process minimizes the need for ETL processes for data movement. This data virtualization scenario is possible with the use of PolyBase connectors.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/polybase/polybase-guide?view=sql-server-ver17

204.    The Accused Instrumentalities determine determining that the plurality of algebraic relations stored in the relation store includes at least one algebraic relation defining the identified data set based upon at least one other data set that is realized in the data store, wherein the at least one other data set is different than the identified data set and the algebraic relation comprises a respective first expression including a symbolic representation of at least the identified data set, a respective second expression including a symbolic representation of at least the one other data set that is realized in the data store, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, the Accused Instrumentalities utilize a relational engine to optimize and process queries, and in processing a query, the Accused Instrumentalities generate query trees, bound

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

trees/algebrizer trees, and execution plans. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

**Relational Engine**

It's also called the Query Processor, and it contains the SQL Server components that determine precisely what a query must do and how to best accomplish it. The relational engine executes user queries by requesting data from the storage engine and processing the returned results. The engine has three major components:

Source: https://www.simplilearn.com/what-is-microsoft-sql-server-architecture-article

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

- The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
- The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

**Process a SELECT statement**

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

The Accused Instrumentalities analyze multiple plans for a given query in connection with query optimization. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.

The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

In another example, the Accused Instrumentalities cache multiple plans for the same query, such as with respect to parameterized queries. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Cache multiple plans for the same query

Queries and execution plans are uniquely identifiable in the Database Engine, much like a fingerprint:

- The **query plan hash** is a binary hash value calculated on the execution plan for a given query, and used to uniquely identify similar execution plans.
- The **query hash** is a binary hash value calculated on the Transact-SQL text of a query, and is used to uniquely identify queries.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> Notice there are now two entries in the `sys.dm_exec_cached_plans` DMV output:
>
> - The `usecounts` column shows the value `1` in the first record, which is the plan executed once with `SET ANSI_DEFAULTS OFF`.
> - The `usecounts` column shows the value `2` in the second record, which is the plan executed with `SET ANSI_DEFAULTS ON`, because it was executed twice.
> - The different `memory_object_address` refers to a different execution plan entry in the plan cache. However, the `sql_handle` value is the same for both entries because they refer to the same batch.
>   - The execution with `ANSI_DEFAULTS` set to OFF has a new `plan_handle`, and it's available for reuse for calls that have the same set of SET options. The new plan handle is necessary because the execution context was reinitialized due to changed SET options. But that doesn't trigger a recompile: both entries refer to the same plan and query, as evidenced by the same `query_plan_hash` and `query_hash` values.
>
> What this effectively means is that we have two plan entries in the cache corresponding to the same batch, and it underscores the importance of making sure that the plan cache affecting SET options are the same, when the same queries are executed repeatedly, to optimize for plan reuse and keep plan cache size to its required minimum.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

> The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

Upon information and belief, query trees, bound trees/algebrizer trees, and/or execution plans include algebraic relations that comprise a respective first expression including a symbolic representation of at least the identified data set, a respective second expression including a symbolic representation of at least the one other data set that is realized in the data store, and a relational operator symbolically defining a mathematical relationship between the respective first expression and the respective second expression. For example, an execution plan includes a "compiled plan" with "physical operators that implement the operation described by logical operators," as well as "execution content" that includes "a data structure that holds the data specific to" execution. And "views" are "virtual table[s] whose contents are defined by a query" that are defined and stored in, e.g., the Bound Trees cache. The particular details are within Microsoft's

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).



Source: https://learn.microsoft.com/en-us/sql/relational-databases/views/views?view=sql-server-ver17

SQL Server execution plans have the following main components:

• **Compiled Plan** (or Query Plan)
The query plan produced by the compilation process is mostly a re-entrant, read-only data structure used by any number of users. It stores information about:

    ○ Physical operators that implement the operation described by logical operators.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/query-processing-architecture-guide?view=sql-server-ver17

**Execution Context**
Each user that is currently executing the query has a data structure that holds the data specific to their execution, such as parameter values. This data structure is referred to as the execution context. The execution context data structures are reused, but their content isn't. If another user executes the same query, the data structures are reinitialized with the context for the new user.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/query-processing-architecture-guide?view=sql-server-ver17

ⓘ Note

The plan cache has two additional stores that aren't used for storing plans:

• The **Bound Trees** cache store (PHDR) used for data structures used during plan compilation for views, constraints, and defaults. These structures are known as Bound Trees or Algebrizer Trees.
• The **Extended Stored Procedures** cache store (XPROC) used for predefined system procedures, like sp_executeSql or xp_cmdshell, that are defined using a DLL, not using Transact-SQL statements. The cached structure contains only the function name and the DLL name in which the procedure is implemented.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Further, upon information and belief, data sets may be realized in the data store or virtualized. The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at \*6 n.1 (E.D. Tex. July 2, 2018).

**Indexed views**

An indexed view is a materialized view. This means the view definition has been computed and the resulting data stored just like a table. You index a view by creating a unique clustered index on it. Indexed views can dramatically improve the performance of some types of queries. Indexed views work best for queries that aggregate many rows. They are not well-suited for underlying data sets that are frequently updated.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

**Views**

Applies to: ✓ SQL Server  ✓ Azure SQL Database  ✓ Azure SQL Managed Instance  ✓ Azure Synapse Analytics  ✓ Analytics Platform System (PDW)  ✓ SQL analytics endpoint in Microsoft Fabric  ✓ Warehouse in Microsoft Fabric  ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

A view acts as a filter on the underlying tables referenced in the view. The query that defines the view can be from one or more tables or from other views in the current or other databases. Distributed queries can also be used to define views that use data from multiple heterogeneous sources. This is useful, for example, if you want to combine similarly structured data from different servers, each of which stores data for a different region of your organization.

Views are generally used to focus, simplify, and customize the perception each user has of the database. Views can be used as security mechanisms by letting users access data through the view, without granting users permissions to directly access the underlying tables of the query. Views can be used to provide a backward compatible interface to emulate a table that used to exist but whose schema has changed. Views can also be used when you copy data to and from SQL Server to improve performance and to partition data.

Source: https://learn.microsoft.com/en-us/sql/relati
onal-databases/views/views?view=sql-server-ver17

Data virtualization with PolyBase in SQL Server allows you to take advantage of metadata file functions to query multiple folders, files or perform folder elimination. The combination of schema discovery with folder and file elimination is a powerful capability that allows SQL to fetch just the required data from any Azure Storage Account or S3-compatible object storage solution.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/poly
base/polybase-get-started?view=sql-server-ver17&preserve-view=true

> A key use case for data virtualization with the PolyBase feature is to allow the data to stay in its original location and format. You can virtualize the external data through the SQL Server instance, so that it can be queried in place like any other table in SQL Server. This process minimizes the need for ETL processes for data movement. This data virtualization scenario is possible with the use of PolyBase connectors.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/polybase/polybase-guide?view=sql-server-ver17

205.    The Accused Instrumentalities remove the identified data set from the data store. For example, on information and belief, the Accused Instrumentalities drop indexes (including indexed views) to remove data sets from the data store when there is a duplicate present or when the indexed view has not been recently used. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

> **DROP INDEX**    Drops unused (over the last 90 days) and duplicate indexes. Unique indexes, including indexes supporting primary key and unique constraints, are never dropped. This option can be automatically disabled when queries with index hints are present in the workload, or when the workload performs partition switching. On Premium and Business Critical service tiers, this option will never drop unused indexes, but will drop duplicate indexes, if any.

Source: https://learn.microsoft.com/en-us/azure/azure-sql/database/automatic-tuning-overview?view=azuresql

206.    The Accused Instrumentalities change the information regarding the identified data set in the data set information store to indicate that the identified data set is not realized in the data store. For example, the Accused Instrumentalities utilize "views," which are "virtual table[s] whose contents are defined by a query." On information and belief, the Accused Instrumentalities change information regarding identified data sets in the data set information store to indicate if a

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

data set is realized in the data store or not. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at \*6 n.1 (E.D. Tex. July 2, 2018).

## Views

**Applies to:** ✓ SQL Server ✓ Azure SQL Database ✓ Azure SQL Managed Instance ✓ Azure Synapse Analytics ✓ Analytics Platform System (PDW) ✓ SQL analytics endpoint in Microsoft Fabric ✓ Warehouse in Microsoft Fabric ✓ SQL database in Microsoft Fabric

A view is a virtual table whose contents are defined by a query. Like a table, a view consists of a set of named columns and rows of data. Unless indexed, a view does not exist as a stored set of data values in a database. The rows and columns of data come from tables referenced in the query defining the view and are produced dynamically when the view is referenced.

A view acts as a filter on the underlying tables referenced in the view. The query that defines the view can be from one or more tables or from other views in the current or other databases. Distributed queries can also be used to define views that use data from multiple heterogeneous sources. This is useful, for example, if you want to combine similarly structured data from different servers, each of which stores data for a different region of your organization.

Views are generally used to focus, simplify, and customize the perception each user has of the database. Views can be used as security mechanisms by letting users access data through the view, without granting users permissions to directly access the underlying tables of the query. Views can be used to provide a backward compatible interface to emulate a table that used to exist but whose schema has changed. Views can also be used when you copy data to and from SQL Server to improve performance and to partition data.

Source: https://learn.microsoft.com/en-us/sql/relationa
l-databases/views/views?view=sql-server-ver17

## Limitations

A view can be created only in the current database.

A view can have a maximum of 1,024 columns.

## Permissions

Requires CREATE VIEW permission in the database and ALTER permission on the schema in which the view is being created.

Source: https://learn.microsoft.com/en-us/sql/relational-
databases/views/create-views?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

In another example, the Accused Instrumentalities utilize "indexed views," which are computed views that are "stored just like a table." On information and belief, the Accused Instrumentalities change information regarding identified data sets to indicate that identified data sets are not realized in the data store, such as in connection with dropping indexes (including indexed views), such as when there is a duplicate present or when the indexed view has not been recently used. The particular details are within Microsoft's possession, custody, and control. *See*, *e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Indexed views

An indexed view is a materialized view. This means the view definition has been computed and the resulting data stored just like a table. You index a view by creating a unique clustered index on it. Indexed views can dramatically improve the performance of some types of queries. Indexed views work best for queries that aggregate many rows. They are not well-suited for underlying data sets that are frequently updated.

Source: https://learn.microsoft.com/en-us/sql/relational-
databases/views/views?view=sql-server-ver17

**DROP INDEX**     Drops unused (over the last 90 days) and duplicate indexes. Unique indexes, including indexes supporting primary key and unique constraints, are never dropped. This option can be automatically disabled when queries with index hints are present in the workload, or when the workload performs partition switching. On Premium and Business Critical service tiers, this option will never drop unused indexes, but will drop duplicate indexes, if any.

Source: https://learn.microsoft.com/en-us/azure/azure-sq
l/database/automatic-tuning-overview?view=azuresql

In another example, the Accused Instrumentalities virtualize tables using PolyBase and, on information and belief, change information regarding identified data sets to indicate that identified data sets are not realized in the data store. The particular details are within Microsoft's possession,

custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Get started with PolyBase in SQL Server 2022

**Applies to:** ✅ SQL Server 2016 (13.x) and later versions on Windows    ✅ SQL Server 2017 (14.x) and later versions on Linux

This article guides you through a tutorial of working with multiple folders and files with PolyBase in SQL Server 2022 (16.x). This set of tutorial queries demonstrates various features of PolyBase.

Data virtualization with PolyBase in SQL Server allows you to take advantage of metadata file functions to query multiple folders, files or perform folder elimination. The combination of schema discovery with folder and file elimination is a powerful capability that allows SQL to fetch just the required data from any Azure Storage Account or S3-compatible object storage solution.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/poly base/polybase-get-started?view=sql-server-ver17&preserve-view=true

207.    The Accused Instrumentalities compose a plurality of collections of algebraic relations defining a requested data set, wherein the algebraic relation defining the identified data set is used to compose at least one of the collections of algebraic relations. For example, the Accused Instrumentalities compose a plurality of "execution plans" (e.g., collections of algebraic relations) using at least some of the first plurality of algebraic relations. "The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost." Upon information and belief, an execution plan comprises at least one algebraic relation from the first plurality of algebraic relations, and at least one algebraic relation from the second plurality of algebraic relations. The particular details are within Microsoft's possession, custody, and control. *See, e.g.*, *Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

The value 1 at the end of the statement can be specified as a parameter. The relational engine builds the execution plan for this batch as if a parameter had been specified in place of the value 1. Because of this simple parameterization, SQL Server recognizes that the following two statements generate essentially the same execution plan and reuses the first plan for the second statement:

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

171

The process of selecting one execution plan from potentially many possible plans is referred to as optimization. The Query Optimizer is one of the most important components of the Database Engine. While some overhead is used by the Query Optimizer to analyze the query and select a plan, this overhead is typically saved several-fold when the Query Optimizer picks an efficient execution plan. For example, two construction companies can be given identical blueprints for a house. If one company spends a few days at the beginning to plan how they will build the house, and the other company begins building without planning, the company that takes the time to plan their project will probably finish first.

The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.

The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

208.    The Accused Instrumentalities apply an optimization criteria to select one of the collections of algebraic relations to calculate the requested data set. For example, the Accused Instrumentalities, via a query optimizer, "analyze the possible plans and choose the one with the lowest estimated cost" to respond to the query. The particular details are in Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

The SQL Server Query Optimizer is a cost-based optimizer. Each possible execution plan has an associated cost in terms of the amount of computing resources used. The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost. Some complex SELECT statements have thousands of possible execution plans. In these cases, the Query Optimizer doesn't analyze all possible combinations. Instead, it uses complex algorithms to find an execution plan that has a cost reasonably close to the minimum possible cost.

The SQL Server Query Optimizer doesn't choose only the execution plan with the lowest resource cost; it chooses the plan that returns results to the user with a reasonable cost in resources and that returns the results the fastest. For example, processing a query in parallel typically uses more resources than processing it serially, but completes the query faster. The SQL Server Query Optimizer will use a parallel execution plan to return results if the load on the server won't be adversely affected.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

209.    The Accused Instrumentalities use the selected collection of algebraic relations to calculate the requested data set. For example, The Accused Instrumentalities compose a plurality of "execution plans" (e.g., collections of algebraic relations) using at least some of the first plurality of algebraic relations. "The Query Optimizer must analyze the possible plans and choose the one with the lowest estimated cost." The relational engine then "starts executing the execution plan" and "processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client." The particular details are within Microsoft's possession, custody, and control. *See, e.g., Implicit v. Huawei Techs. United States*, No. 6:17-CV-00182-JRG, 2018 U.S. Dist. LEXIS 240330, at *6 n.1 (E.D. Tex. July 2, 2018).

## Process a SELECT statement

The basic steps that SQL Server uses to process a single SELECT statement include the following:

1. The parser scans the SELECT statement and breaks it into logical units such as keywords, expressions, operators, and identifiers.
2. A query tree, sometimes referred to as a sequence tree, is built describing the logical steps needed to transform the source data into the format required by the result set.
3. The Query Optimizer analyzes different ways the source tables can be accessed. It then selects the series of steps that return the results fastest while using fewer resources. The query tree is updated to record this exact series of steps. The final, optimized version of the query tree is called the execution plan.
4. The relational engine starts executing the execution plan. As the steps that require data from the base tables are processed, the relational engine requests that the storage engine pass up data from the rowsets requested from the relational engine.
5. The relational engine processes the data returned from the storage engine into the format defined for the result set and returns the result set to the client.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Row mode execution

*Row mode execution* is a query processing method used with traditional RDBMS tables, where data is stored in row format. When a query is executed and accesses data in row store tables, the execution tree operators and child operators read each required row, across all the columns specified in the table schema. From each row that is read, SQL Server then retrieves the columns that are required for the result set, as referenced by a SELECT statement, JOIN predicate, or filter predicate.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

## Optimize SELECT statements

A SELECT statement is non-procedural; it doesn't state the exact steps that the database server should use to retrieve the requested data. This means that the database server must analyze the statement to determine the most efficient way to extract the requested data. This is referred to as optimizing the SELECT statement. The component that does this, is called the Query Optimizer. The input to the Query Optimizer consists of the query, the database schema (table and index definitions), and the database statistics. The output of the Query Optimizer is a query execution plan, sometimes referred to as a query plan, or execution plan. The contents of an execution plan are described in more detail later in this article.

Source: https://learn.microsoft.com/en-us/sql/relational-databases/
query-processing-architecture-guide?view=sql-server-ver17

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

210.    In addition and/or in the alternative to its direct infringements, Microsoft has indirectly infringed one or more claims of the '503 Patent by knowingly and intentionally inducing others, including its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the Accused Instrumentalities.

211.    Microsoft has had knowledge of the '503 Patent since January 2012, when the examiner cited the '503 Patent during prosecution of U.S. Patent App. No. 12/404,284. In the alternative, Microsoft has had knowledge of the '503 Patent since August 2014, when Lorenzo

Thione introduced Algebraix and its technology to Microsoft. At a minimum, Microsoft has had knowledge of the '503 Patent since the filing of this Original Complaint.

212.    Upon information and belief, since at least the above-mentioned instances when Microsoft was on notice of the '503 Patent, Microsoft has actively induced the direct infringements of its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '503 Patent. Indeed, Microsoft intended to cause and took affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities; creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing the Accused Instrumentalities in conformity with U.S. laws and regulations; distributing or making available technical documentation supporting use of the Accused Instrumentalities that promote their features, specifications, and applications—including webinars, interactive sessions, white papers, brochures, and manuals; providing developer tools for the Accused Instrumentalities—including software development kits (SDKs) and application programming interfaces (APIs); and by providing technical support, onboarding services, product updates, tutorials, training, and/or related services for these products to purchasers in the United States. *See, e.g.,* https://www.youtube.com/watch?v=BIZ90BcFuKQ (Microsoft video introducing its SQL Server 2025); https://www.youtube.com/watch?v=PvA3Ah3JJxg (Microsoft engineer discussing upgrades to its SQL Server); https://www.microsoft.com/en-us/sql-server (promoting benefits, industry recognition, and success stories of Microsoft SQL Server 2025); https://www.microsoft.com/en-us/evalcenter/evaluate-sql-server-2025 ("Try SQL Server on

Azure"); https://learn.microsoft.com/en-us/sql/sql-server/?view=sql-server-ver17 (providing full technical documentation of Microsoft's SQL Server); https://www.microsoft.com/en-us/sql-server/blog/?culture=en-us&country=us (Microsoft SQL Server Blog); https://learn.microsoft.com/en-us/sql/sql-server/sql-server-get-help?view=sql-server-ver17 (providing SQL Server help and feedback); https://learn.microsoft.com/en-us/sql/sql-server/educational-sql-resources?view=sql-server-ver17 (offering "tutorials, quickstarts, and other educational resources meant to teach you to work with SQL Server"); https://learn.microsoft.com/en-us/sql/ssdt/sql-server-data-tools-sdk-style?view=sql-server-ver17; https://www.microsoft.com/en-us/sql-server/sql-server-downloads; https://www.microsoft.com/en-us/events/category/microsoft-virtual-training-days.

### Damages

213. Algebraix has been damaged as a result of Microsoft's infringing conduct described in this Count. Microsoft is, thus, liable to Algebraix in an amount that adequately compensates Algebraix for Microsoft's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

214. Despite having knowledge of the '503 Patent, and knowledge that it is potentially directly and/or indirectly infringing claims of the '503 Patent, Microsoft has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. On information and belief, Microsoft knew of the '503 Patent and its scope, yet continued to manufacture, use, and sell infringing products. At the very least, Microsoft was willfully blind to the '503 Patent and its application to the Accused Instrumentalities. For at least these reasons, Microsoft's infringing activities have been, and continue to be, willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, an egregious case of misconduct beyond typical infringement, and in disregard of Algebraix's rights with respect to the '503 Patent such that

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Algebraix is entitled under 35 U.S.C. § 284 to enhanced damages up to three times the amount found or assessed.

## WILLFUL INFRINGEMENT

215.    Algebraix incorporates the preceding paragraphs herein by reference.

216.    Microsoft's willful infringement and infringing activities relative to the Asserted Patents have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and an egregious case of misconduct beyond typical infringement such that Algebraix is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed, as well as attorneys' fees and other relief.

## CONCLUSION

217.    Algebraix is entitled to recover from Microsoft the damages sustained by Algebraix as a result of Microsoft's wrongful acts, in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

218.    Algebraix is entitled to recover three times the amount assessed by the jury for Microsoft's willful infringement, as well as other associated relief.

219.    Algebraix has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute may give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and Algebraix is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## JURY DEMAND

220.    Algebraix hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

221.   Algebraix respectfully requests that this Court enter judgment in its favor and grant the following relief:

(i)   Judgment and Order that Microsoft has directly and/or indirectly infringed one or more claims of the Asserted Patents;

(ii)   Judgment and Order that Microsoft must pay Algebraix past and future damages under 35 U.S.C. § 284, including supplemental damages arising from any continuing post-verdict infringement for the time between trial and entry of the final judgment, together with an accounting, as needed, as provided under 35 U.S.C. § 284;

(iii)   Judgment and Order that Microsoft must pay Algebraix reasonable ongoing royalties on a go-forward basis after Final Judgment;

(iv)   Judgment and Order that Microsoft's infringements of the Asserted Patents have been willful from the time that Microsoft became aware of the infringing nature of its products, and that the Court award treble damages pursuant to 35 U.S.C. § 284;

(v)   Judgment and Order that Microsoft must pay Algebraix pre-judgment and post-judgment interest on the damages award;

(vi)   Judgment and Order that Microsoft must pay Algebraix's costs;

(vii)   Judgment and Order that the Court find this case exceptional under the provisions of 35 U.S.C. § 285 and, accordingly, order Microsoft to pay Algebraix's attorneys' fees; and

(viii)   Such other and further relief as the Court deems just and equitable.

PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Dated: May 8, 2026

Respectfully submitted,

*/s/ Patrick J. Conroy*
**Patrick J. Conroy (Lead Counsel)**
Texas Bar No. 24012448
**Nelson Bumgardner Conroy PC**
2727 N. Harwood, Suite 250
Dallas, Texas 75201
Tel: (214) 446-4950
pat@nelbum.com

**Carder Brooks**
Texas Bar No. 24105536
**Janson H. Westmoreland**
Texas Bar No. 24131755
**Nelson Bumgardner Conroy PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
carder@nelbum.com
janson@nelbum.com

**Timothy E. Grochocinski**
Illinois Bar No. 6295055
**Nelson Bumgardner Conroy PC**
745 McClintock Road, Suite 340
Burr Ridge, Illinois 60527
Tel: (708) 675-1975
tim@nelbum.com

**Attorneys for Plaintiff**
**Algebraix LLC**