**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALGEBRAIX LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 2:26-cv-389<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Algebraix LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

No parent or publicly-held corporation owns ten percent (10%) or more of the stock of Algebraix LLC.

Dated: May 8, 2026

Respectfully submitted,

*<u>/s/ Patrick J. Conroy</u>*

**Patrick J. Conroy (Lead Counsel)**
Texas Bar No. 24012448
**Nelson Bumgardner Conroy PC**
2727 N. Harwood, Suite 250
Dallas, Texas 75201
Tel: (214) 446-4950
pat@nelbum.com

**Carder Brooks**
Texas Bar No. 24105536
**Janson H. Westmoreland**
Texas Bar No. 24131755
**Nelson Bumgardner Conroy PC**

3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
carder@nelbum.com
janson@nelbum.com

**Timothy E. Grochocinski**
Illinois Bar No. 6295055
**Nelson Bumgardner Conroy PC**
745 McClintock Road, Suite 340
Burr Ridge, Illinois 60527
Tel: (708) 675-1975
tim@nelbum.com

**Attorneys for Plaintiff**
**Algebraix LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/ Patrick J. Conroy*