EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Algebraix LLC
_____
Plaintiff

v.                                                   Civ. No. 2:26-cv-00389-JRG
                                                              _____

Microsoft Corporation
_____
Defendant


UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Microsoft Corporation
                             _____

Date Party's answer was previously due:                      06/02/2026
                                                        _____

Date Party's answer is now due (must not exceed 45 days after original due date):   07/17/2026
                                                                              _____


Date: 05/18/2026            /s/ *Melissa R. Smith*
      _____              _____
                            Full Name: Melissa R. Smith
                            State Bar No.: 24001351
                            Address:  GILLAM & SMITH, LLP
                                      303 South Washington Avenue
                                      Marshall, Texas 75670

                            Phone: (903) 934-8450
                            Fax: (903) 934-9257
                            Email: melissa@gillamsmithlaw.com


**Please note:**

• A Certificate of Conference is not required.

• If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

• To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

• In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)