**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALGEBRAIX LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-cv-389 |
| v. | § | |
| | § | |
| | § | |
| MICROSOFT CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

Plaintiff Algebraix LLC. files this Notice of Appearance and hereby notifies the Court that Justin B. Kimble of Nelson Bumgardner Conroy P.C., 2727 North Harwood Street, Suite 250, Dallas, Texas 75201, is appearing on behalf of Plaintiff Algebraix LLC in the above-referenced matter.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Justin B. Kimble*
**JUSTIN B. KIMBLE**
STATE BAR NO. 24036909
**NELSON BUMGARDNER CONROY
P.C.**
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
214.446.4954
justin@nelbum.com

**ATTORNEYS FOR ALGEBRAIX LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on May 18, 2026, via the Court's CM/ECF system.

>/s/ *Justin B. Kimble*
>Justin B. Kimble