**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALGEBRAIX LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-cv-389-JRG |
| v. | § | |
| | § | |
| | § | |
| MICROSOFT CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

Plaintiff Algebraix LLC files this Notice of Appearance and hereby notifies the Court that

Timothy E. Grochocinski of Nelson Bumgardner Conroy P.C., 745 McClintock Drive, Suite 340,

Burr Ridge, Illinois 60527, is appearing on behalf of Plaintiff Algebraix LLC in the above-

referenced matter.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
**NELSON BUMGARDNER CONROY P.C.**
745 McClintock Drive, Suite 340
Burr Ridge, Illinois 60527
708.675.1974
tim@nelbum.com

**ATTORNEYS FOR ALGEBRAIX LLC**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on May 19, 2026, via the Court's CM/ECF system.


*/s/ Timothy E. Grochocinski*