# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALGEBRAIX LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-cv-389 |
| v. | § | |
| | § | |
| | § | |
| MICROSOFT CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Plaintiff Algebraix LLC files this Notice of Appearance and hereby notifies the Court that Carder W. Brooks of Nelson Bumgardner Conroy, P.C., 3131 West 7th Street, Suite 300, Fort Worth, Texas 76107, is appearing on behalf of Plaintiff Algebraix LLC in the above-referenced matter.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Carder W. Brooks*
**CARDER W. BROOKS**
STATE BAR NO. 24105536
**NELSON BUMGARDNER CONROY P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
carder@nelbum.com

**ATTORNEYS FOR ALGEBRAIX LLC**

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on

May 19, 2026, via the Court's CM/ECF system.

/s/ Carder W. Brooks
Carder W. Brooks