**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALGEBRAIX LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 2:26-cv-00389-JRG |
| v. | § | |
| | § | Jury Trial Requested |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT MICROSOFT CORPORATION'S**
**NOTICE OF APPEARANCE OF NATALIE A. BENNETT AS LEAD COUNSEL**

Defendant Microsoft Corporation files this notice of attorney appearance and hereby notifies the Court and all parties of record that Natalie A. Bennett is appearing as Lead Counsel for Defendant Microsoft Corporation in the above-referenced matter.

Date:  May 19, 2026

Respectfully submitted,

/s/ *Natalie A. Bennett*
Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

*Admitted to Practice
**Attorneys for Defendant Microsoft
Corporation**

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on May 19, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

By:    */s/ Natalie A. Bennett*
Natalie A. Bennett