**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALGEBRAIX LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00389-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Defendant Microsoft Corporation hereby notifies the Court that, pursuant to the Court's Docket Control Order (Dkt. No. 24), it has served Initial Disclosures upon counsel of record for Plaintiff via email on September 2, 2026.

Dated: September 2, 2026

By */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Natalie A. Bennett*
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Thomas R. Davis
Texas Bar. No. 24055384

thomas.davis@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. 713.890.5000
F. 713.890.5001

Andrew V. Devkar*
California State Bar No. 228809
andrew.devkar@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T. 310.907-1000
F. 310.907-1001

Ahren C. Hsu-Hoffman
TX State Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
T: (650) 843-4000
F: (650) 843-4001

***Attorneys for Defendant***
***Microsoft Corporation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 2, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith